UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re: Platinum And Palladium Commodities Litigation*<br><br>This Document Relates To:<br><br>  Platinum/Palladium Physical Action | MASTER FILE<br>No. 10 Civ. 3617 (WHP)<br><br>**Notice of Motion for Preliminary Approval of Class Action Settlement** |

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, the declaration of John Lowther, Esq., and the Stipulation and Agreement of Settlement ("Settlement"), Physical Plaintiffs, by and through their undersigned counsel, will respectfully move this Court, before the Honorable William H. Pauley, III, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, on such day and at a time designated by the Court, for the entry of the [Proposed] Scheduling Order that, among other things: (1) finds the Settlement to be sufficiently fair, reasonable, and adequate to warrant dissemination of notice to the Class; (2) certifies the Class for settlement purposes; (3) appoints Doyle Lowther LLP as Class Counsel for the Physical Plaintiffs; (4) finds the program of notice to be the best practicable under the circumstances; (5) approves the form(s) of the published notice of the Settlement; and (6) sets a schedule leading to the Court's consideration of final approval of the Settlement, including the date, time and place for a hearing to consider the fairness, reasonableness and adequacy of the settlement.

Dated:  September 18, 2013                    Respectfully submitted,


                              */s/ John Lowther*
                              John Lowther

William Doyle
Jim Hail
DOYLE LOWTHER LLP
10200 Willow Creek Road, Suite 150
San Diego, CA 92131
Phone: (858) 935-9960
Facsimile: (858) 939-1939

*Lead Counsel for Physical Plaintiffs and the Class*