```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re: Platinum And Palladium Commodities Litigation*<br><br>This Document Relates To:<br><br>Platinum/Palladium Physical Class | MASTER FILE<br>No. 10 Civ. 3617 (WHP)<br><br>**JURY TRIAL DEMANDED**<br><br>[~~PROPOSED~~] ORDER GRANTING PHYSICAL PLAINTIFFS' UNOPPOSED MOTION FOR PAGE EXTENSION |

Pursuant to Chambers Rule III C and the Physical Plaintiffs' Unopposed Motion for Page Extension pertaining the preliminary approval briefing and with good cause appearing, the motion is GRANTED.

Physical Plaintiffs' memoranda of law in support of their motion for preliminary approval [ECF No. 167] must not exceed 35 pages.

**IT IS SO ORDERED.**

DATED: March 26, 2014

_____
HON. WILLIAM H. PAULEY, III

1