UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re: Platinum And Palladium Commodities Litigation*<br><br>This Document Relates To:<br><br> Platinum/Palladium Physical Class | MASTER FILE<br>No. 10 Civ. 3617 (WHP)<br><br><u>JURY TRIAL DEMANDED</u><br><br>Physical Plaintiffs' Joinder in Futures Plaintiffs' Reply Memorandum In Further Support Of Motion For Preliminary Approval Of Amended Class Action Settlement |

The Physical Plaintiffs respectfully submit this Joinder in the Futures Plaintiffs' Reply Memorandum In Further Support Of Motion For Preliminary Approval Of Amended Class Action Settlement (ECF No. 180), in response to the Limited Objection To Plaintiffs' Motion for Preliminary Approval of Proposed Settlement with Joseph Welsh (ECF No. 175).

Dated: April 21, 2014

                                              */s/ John A. Lowther*
William J. Doyle, II
John A. Lowther
DOYLE LOWTHER LLP
10200 Willow Creek Road, Suite 150
San Diego, CA 92131
(858) 935-9960 phone
(858) 939-1939 fax

*Interim Class Counsel for Plaintiffs DeVito Trust, Fredrick DeVito, Mary DeVito, David DeVito, Russell Andrews and the Proposed Class in the Platinum/Palladium Physical Action*