USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
IN RE: PLATINUM AND PALLADIUM : 10 Civ. 3617 (WHP)
COMMODITIES LITIGATION        :
                              :   SCHEDULING ORDER
------------------------------X
                              :
THIS DOCUMENT RELATES TO:     :
                              :
ALL ACTIONS                   :
                              :
------------------------------X

WILLIAM H. PAULEY III, District Judge:

        As discussed in the teleconference held April 24, 2014, the following schedule is established on consent:

1. The parties will respond by May 8, 2014 to the outstanding motions to intervene and objections to the proposed settlement;

2. James W. Giddens, trustee for the liquidation of MF Global, Inc., may reply to the parties' response to his objection by May 8, 2014;

3. The interveners may reply to the parties' responses by May 16, 2014;

4. This Court will hold a preliminary approval hearing on May 23, 2014 at 12:00 p.m.

Dated: April 25, 2014
       New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                                    U.S.D.J.

*All Counsel of Record*