Exhibit 1

**Net Artificiality Paid ("NAP")**.  Ms. Levy's publicly filed NYMEX platinum futures trading records reflect that, during the November 19, 2007 through June 18, 2008 NAP time period under the Plan of Allocation for NYMEX platinum futures trades, Ms. Levy generally went long NYMEX platinum futures contracts and then sold such contracts back later in the NAP period.  *See* Ex. A hereto (Ms. Levy's publicly filed summary of her NYMEX platinum futures trading).  Accordingly, when Ms. Levy's platinum trades during this time period are applied to the Plan of Allocation (which provides for increasingly higher artificial prices until May 21, 2008), the result is that her trading actually **benefitted** from the alleged manipulation because she sold (and thereby received) approximately $30,035.37 **more** artificiality than she bought.  *See* Ex. B hereto (analyzing Ms. Levy's platinum trades during the NAP time period under the Proposed Plan of Allocation).

Notably, the Plan of Allocation properly takes account of the four October 2008 platinum futures Ms. Levy purchased during the NAP period at artificially high prices and thereafter liquidated after June 18, 2008 when prices were no longer artificial.  *See* Ex. B (transactions in October 2008 contracts dated March 5 and May 22-23, 2008).  However, the approximately $34,206.34 in "net artificiality paid" for these four October 2008 contracts is not enough to offset the greater "net artificiality received" through Ms. Levy's purchases of long positions in April and July 2008 platinum futures contracts at low amounts of artificiality and subsequent selling of such contracts at increasingly higher amounts of artificiality.  *See* Ex. B hereto.

**Net Losses ("NL")**.  Ms. Levy's NL transactions result in a net loss of approximately $68,850.  *See* Ex. C hereto.

1

# Exhibit A

# SUMMARY OF PLATINUM



| Date | a/o Date | Transaction | Description | Month | PUT/ CALL | Strike | Buy | Sell | P&S | Price | Credit /(Debit) | P&L | Commissions + Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9-Sep-08 | | Sell/P&L | | | | | | (1) | 1 | | | | |
| | | | | | | | 25 | (25) | 25 | | | | |
| 20-Feb-08 | | Buy | NY PLATINUM | Apr-08 | | | 4 | | | 2161.0000 | (30.00) | | 30.00 |
| 25-Feb-08 | | Buy | NY PLATINUM | Apr-08 | | | 2 | | | 2164.9000 | (15.00) | | 15.00 |
| 28-Feb-08 | | P&L | NY PLATINUM | Apr-08 | | | | | 1 | 2142.5000 | | (925.00) | |
| 28-Feb-08 | | Sell | NY PLATINUM | Apr-08 | | | | (1) | | 2142.5000 | (7.50) | | 7.50 |
| 3-Mar-08 | | P&L | NY PLATINUM | Apr-08 | | | | | 5 | 2230.0000 | | 17,180.00 | |
| 3-Mar-08 | | Sell | NY PLATINUM | Apr-08 | | | | (5) | | 2230.0000 | (37.50) | | 37.50 |
| 13-Feb-08 | | Buy | NY PLATINUM | Jul-08 | | | 1 | | | 1976.8000 | (7.50) | | 7.50 |
| 14-Feb-08 | | P&L | NY PLATINUM | Jul-08 | | | | | 1 | 2002.0000 | | 1,260.00 | |
| 14-Feb-08 | | Sell | NY PLATINUM | Jul-08 | | | | (1) | | 2002.0000 | (7.50) | | 7.50 |
| 15-Feb-08 | | Buy | NY PLATINUM | Jul-08 | | | 1 | | | 2055.0000 | (7.50) | | 7.50 |
| 19-Feb-08 | | Buy | NY PLATINUM | Jul-08 | | | 10 | | | 2096.3000 | (75.00) | | 75.00 |
| 21-Feb-08 | | Buy | NY PLATINUM | Jul-08 | | | 3 | | | 2174.5000 | (22.50) | | 22.50 |
| 28-Feb-08 | | P&L | NY PLATINUM | Jul-08 | | | | | 8 | 2141.2000 | | 21,170.00 | |
| 25-Feb-08 | | Sell | NY PLATINUM | Jul-08 | | | | (8) | | 2141.2000 | (60.00) | | 60.00 |
| 4-Mar-08 | | Buy | NY PLATINUM | Jul-08 | | | 7 | | | 2245.0000 | (52.50) | | 52.50 |
| 6-Mar-08 | | Buy | NY PLATINUM | Jul-08 | | | 7 | | | 2170.0000 | (52.50) | | 52.50 |
| 10-Mar-08 | | P&L | NY PLATINUM | Jul-08 | | | | | 5 | 2074.0000 | | (14,280.00) | |
| 10-Mar-08 | | Sell | NY PLATINUM | Jul-08 | | | | (5) | | 2074.0000 | (37.50) | | 37.50 |
| 11-Mar-08 | | P&L | NY PLATINUM | Jul-08 | | | | | 2 | 2040.4000 | | (16,355.00) | |
| 11-Mar-08 | | Sell | NY PLATINUM | Jul-08 | | | | (2) | | 2040.4000 | (15.00) | | 15.00 |
| 12-Mar-08 | | P&L | NY PLATINUM | Jul-08 | | | | | 4* | 2055.0000 | | (38,135.00) | |
| 12-Mar-08 | | Sell | NY PLATINUM | Jul-08 | | | | (4) | | 2055.0000 | (30.00) | | 30.00 |
| 19-May-08 | | P&L | NY PLATINUM | Jul-08 | | | | | 4 | 2165.5000 | | (8,925.00) | |
| 19-May-08 | | Sell | NY PLATINUM | Jul-08 | | | | (4) | | 2165.5000 | (30.00) | | 30.00 |
| 21-May-08 | | P&L | NY PLATINUM | Jul-08 | | | | | 4 | 2175.4000 | | (85.00) | |
| 21-May-08 | | Sell | NY PLATINUM | Jul-08 | | | | (4) | | 2175.4000 | (30.00) | | 30.00 |
| 17-Jun-08 | | P&L | NY PLATINUM | Jul-08 | | | | | 1 | 2059.9000 | | (5,800.00) | |
| 17-Jun-08 | | Sell | NY PLATINUM | Jul-08 | | | | (1) | | 2059.9000 | (7.50) | | 7.50 |
| 21-Feb-08 | | Buy | NY PLATINUM | Oct-08 | | | 1 | | | 2125.8000 | (7.50) | | 7.50 |
| 22-Feb-08 | | P&L | NY PLATINUM | Oct-08 | | | | | 1 | 2154.5000 | | 1,435.00 | |
| 22-Feb-08 | | Sell | NY PLATINUM | Oct-08 | | | | (1) | | 2154.5000 | (7.50) | | 7.50 |
| 5-Mar-08 | | Buy | NY PLATINUM | Oct-08 | | | 2 | | | 2248.9000 | (15.00) | | 15.00 |
| 22-May-08 | | Buy | NY PLATINUM | Oct-08 | | | 1 | | | 2173.3000 | (7.50) | | 7.50 |
| 23-May-08 | | Buy | NY PLATINUM | Oct-08 | | | 1 | | | 2179.5000 | (7.50) | | 7.50 |
| 8-Jul-08 | | Buy | NY PLATINUM | Oct-08 | | | 2 | | | 1958.0000 | (15.00) | | 15.00 |
| 15-Aug-08 | | P&L | NY PLATINUM | Oct-08 | | | | | 6 | 1370.5000 | | (226,515.00) | |
| 15-Aug-08 | | Sell | NY PLATINUM | Oct-08 | | | | (6) | | 1370.5000 | (45.00) | | 45.00 |

| Date | a/o Date | Transaction | Description | Month | PUT/ CALL | Strike | Buy | Sell | P&S | Price | Credit /(Debit) | P&L | Commissions + Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21-Aug-08 | | Buy | NY PLATINUM | Oct-08 | | | 1 | | | 1480.0000 | (7.50) | | 7.50 |
| 4-Sep-08 | | P&L | NY PLATINUM | Oct-08 | | | | | 1 | 1460.0000 | | 0.00 | |
| 4-Sep-08 | | Sell | NY PLATINUM | Oct-08 | | | | (1) | | 1460.0000 | (7.50) | | 7.50 |
| 4-Sep-08 | 21-Aug-08 | Buy | NY PLATINUM | Oct-08 | | | 1 | | | 1460.0000 | 0.00 | | |
| 9-Sep-08 | | Sell/P&L | NY PLATINUM | Oct-08 | | | | (1) | 1 | 1258.0000 | (50.01) | (10,100.00) | 50.01 |
| | | | NY PLATINUM Total | | | | 44 | (44) | 44 | | (695.01) | (280,075.00) | 695.01 |

LOSS on Platinum

# Exhibit B

| Date | Description | Contract Month | Buy | Sell | Artificiality* | Artificiality Paid | Artificiality Received |
|---|---|---|---|---|---|---|---|
| 2/13/2008 | NY PLATINUM | Jul-08 | 1 | | $113.1048 | $5,655.24 | $0.0000 |
| 2/14/2008 | NY PLATINUM | Jul-08 | | -1 | $114.8721 | $0.00 | -$5,743.6050 |
| 2/15/2008 | NY PLATINUM | Jul-08 | 1 | | $118.4066 | $5,920.33 | $0.0000 |
| 2/19/2008 | NY PLATINUM | Jul-08 | 10 | | $121.9411 | $60,970.55 | $0.0000 |
| 2/20/2008 | NY PLATINUM | Apr-08 | 4 | | $133.1628 | $26,632.56 | $0.0000 |
| 2/21/2008 | NY PLATINUM | Jul-08 | 3 | | $125.4756 | $18,821.34 | $0.0000 |
| 2/21/2008 | NY PLATINUM | Oct-08 | 1 | | $83.2451 | $4,162.26 | $0.0000 |
| 2/22/2008 | NY PLATINUM | Oct-08 | | -1 | $85.5900 | $0.00 | -$4,279.5000 |
| 2/25/2008 | NY PLATINUM | Apr-08 | 2 | | $144.7422 | $14,474.22 | $0.0000 |
| 2/28/2008 | NY PLATINUM | Jul-08 | | -8 | $143.1483 | $0.00 | -$57,259.3200 |
| 2/28/2008 | NY PLATINUM | Apr-08 | | -1 | $156.3216 | $0.00 | -$7,816.0800 |
| 3/3/2008 | NY PLATINUM | Apr-08 | | -5 | $160.1814 | $0.00 | -$40,045.3500 |
| 3/4/2008 | NY PLATINUM | Jul-08 | 7 | | $150.2173 | $52,576.06 | $0.0000 |
| 3/5/2008 | NY PLATINUM | Oct-08 | 2 | | $100.8321 | $10,083.21 | $0.0000 |
| 3/6/2008 | NY PLATINUM | Jul-08 | 7 | | $155.5191 | $54,431.69 | $0.0000 |
| 3/10/2008 | NY PLATINUM | Jul-08 | | -5 | $159.0536 | $0.00 | -$39,763.4000 |
| 3/11/2008 | NY PLATINUM | Jul-08 | | -2 | $162.5881 | $0.00 | -$16,258.8100 |
| 3/12/2008 | NY PLATINUM | Jul-08 | | -4 | $162.5881 | $0.00 | -$32,517.6200 |
| 5/19/2008 | NY PLATINUM | Jul-08 | | -4 | $255.7112 | $0.00 | -$51,142.2400 |
| 5/21/2008 | NY PLATINUM | Jul-08 | | -4 | $261.5009 | $0.00 | -$52,300.1800 |
| 5/22/2008 | NY PLATINUM | Oct-08 | 1 | | $241.2313 | $12,061.57 | $0.0000 |
| 5/23/2008 | NY PLATINUM | Oct-08 | 1 | | $241.2313 | $12,061.57 | $0.0000 |
| 6/17/2008 | NY PLATINUM | Jul-08 | | -1 | $15.1968 | $0.00 | -$759.8400 |
| | | | | | | $277,850.58 | -$307,885.9450 |
| | | | | | | **-$30,035.37** | |

*Assumes trades occurred before 1:05 p.m. EST

# Exhibit C

| Date | Description | Contract | Month | Buy | Sell | Price | Buy | Sell |
|---|---|---|---|---|---|---|---|---|
| 8-Jul-08 | NY PLATINUM | | Oct-08 | 2 | | $1,958.00 | $195,800.00 | $0.00 |
| 15-Aug-08 | NY PLATINUM | | Oct-08 | | -2 | $1,370.50 | $0.00 | -$137,050.00 |
| 21-Aug-08 | NY PLATINUM | | Oct-08 | 1 | | $1,460.00 | $73,000.00 | $0.00 |
| 4-Sep-08 | NY PLATINUM | | Oct-08 | | -1 | $1,460.00 | $0.00 | -$73,000.00 |
| 4-Sep-08 | NY PLATINUM | | Oct-08 | 1 | | $1,460.00 | $73,000.00 | $0.00 |
| 9-Sep-08 | NY PLATINUM | | Oct-08 | | -1 | $1,258.00 | $0.00 | -$62,900.00 |
| | | | | | | | $341,800.00 | -$272,950.00 |
| | | | | | | | **$68,850.00** | |