UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re: Platinum And Palladium Commodities Litigation*<br><br>This Document Relates To:<br><br> Platinum/Palladium Physical Class | MASTER FILE<br>No. 10 Civ. 3617 (WHP)<br><br>JURY TRIAL DEMANDED<br><br>Physical Plaintiffs' Joinder in Futures Plaintiffs' Memorandum in Opposition to Commodity Customers' Motion to Intervene and Limited Objection to Settlement and in Further Support of Plaintiffs' Motion for Preliminary Approval of Settlement |

1

The Physical Plaintiffs respectfully submit this Joinder in the Futures Plaintiffs' Memorandum in Opposition to Commodity Customers' Motion to Intervene and Limited Objection to Settlement and in Further Support of Plaintiffs' Motion for Preliminary Approval of Settlement (ECF No. 195), in response to the Motion to Intervene and Limited Objection of the Lead Plaintiffs in the MF Global Inc. Commodity Customer Class Action to the Proposed Settlements in the Futures and Physical Actions (ECF No. 174).

Dated: May 9, 2014

>           /s/ John A. Lowther
> William J. Doyle, II
> John A. Lowther
> DOYLE LOWTHER LLP
> 10200 Willow Creek Road, Suite 150
> San Diego, CA 92131
> (858) 935-9960 phone
> (858) 939-1939 fax
>
> *Interim Class Counsel for Plaintiffs DeVito Trust, Fredrick DeVito, Mary DeVito, David DeVito, Russell Andrews and the Proposed Class in the Platinum/Palladium Physical Action*