# Exhibit 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 13 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
In re: MF GLOBAL HOLDINGS, LTD., et al.,                      :
                                                              :
                           Debtors.                           :
                                                              :
------------------------------------------------------------- X
                                                              :    12 Misc. 143
In re: MF GLOBAL, INC.,                                       :    12 Civ. 4596
                                                              :    12 Civ. 4597
                           Debtors.                           :
                                                              :
------------------------------------------------------------- X
SAPERE WEALTH MANAGEMENT, LLC,                                :    ORDER
GRANITE ASSET MANAGEMENT, and SAPERE                          :
CTA FUND, L.P.,                                               :
                                                              :
                           Appellants,                        :
                                                              :
            - against -                                       :
                                                              :
MFG ASSURANCE COMPANY, LTD., LOUIS J.                         :
FREEH, as Chapter 11 Trustee of MF Global                     :
Holdings, Ltd., and others; JAMES W. GIDDENS, as              :
Trustee for the SIPA Liquidation of MF Global, Inc.;          :
U.S. SPECIALTY INSURANCE COMPANY;                             :
VIRGINIA RETIREMENT SYSTEM and HER                            :
MAJESTY THE QUEEN IN RIGHT OF ALBERTA as                      :
Lead Plaintiffs; HENNIG-CAREY PROPRIETARY                     :
TRADING, LLC; CHARLES CAREY, JOSEPH                           :
NICOFORO, ROBERT TIERNEY, BRIAN FISHER,                       :
SHANE McMAHON, MICHAEL METTE and                              :
TIMOTHY ZANG; REPRESENTATIVE CUSTOMER                         :
GROUP; and SANGANI FAMILY, L.P.,                              :
                                                              :
                           Appellees.                         :
                                                              :
------------------------------------------------------------- X

KATHERINE B. FORREST, District Judge:

IT IS HEREBY ORDERED that for the reasons set forth on the record at the November 13, 2012, oral argument, the decision of the Bankruptcy Court--<u>In re MF Global Holdings Ltd.</u>, 469 B.R. 177 (Bankr. S.D.N.Y. 2012)--is AFFIRMED.

The appeal is dismissed, and the Clerk of the Court is directed to close all three of the above-captioned actions.

SO ORDERED:

Dated: New York, New York
       November 13, 2012

_____
KATHERINE B. FORREST
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re: MF GLOBAL HOLDINGS, LTD., et al.,
                Debtors.
------------------------------------------------------------X
In re: MF GLOBAL, INC.,
                Debtors.
------------------------------------------------------------X
SAPERE WEALTH MANAGEMENT, LLC,
GRANITE ASSET MANAGEMENT, and SAPERE
CTA FUND, L.P.,
                Appellants,

          -against-

MFG ASSURANCE COMPANY, LTD., LOUIS J.
FREEH, as Chapter 11 Trustee of MF Global Holdings,
Ltd., and others; JAMES W. GIDDENS, as Trustee for
the SIPA Liquidation of MF Global, Inc.; U.S.
SPECIALTY INSURANCE COMPANY; VIRGINIA
RETIREMENT SYSTEM and HER MAJESTY THE
QUEEN IN THE RIGHT OF ALBERTA as Lead
Plaintiffs; HENNIG-CAREY PROPRIETARY
TRADING, LLC; CHARLES CAREY, JOSEPH
NICOFORO, ROBERT TIERNEY, BRIAN FISHER,
SHANE McMAHON, MICHAEL METTE and
TIMOTHY ZANG; REPRESENTATIVE CUSTOMER
GROUP; and SANGANI FAMILY, L.P.,
                Appellees.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/12

12 **Misc.** 0143 (KBF)
12 **CIVIL** 4596 (KBF)
12 **CIVIL** 4597 (KBF)

**JUDGMENT**

Appellants having appealed from a Decision of the United States Bankruptcy Court for the Southern District of New York, and the matter having come before the Honorable Katherine B. Forrest, United States District Judge, and the Court, on November 13, 2012, having rendered its Order affirming the decision of the Bankruptcy Court, and dismissing the appeal, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 13, 2012, the decision of the Bankruptcy Court is affirmed and the

appeal is dismissed; accordingly, all three of the above-captioned cases are closed.

**Dated:** New York, New York
November 14, 2012

**RUBY J. KRAJICK**

**BY:**

**Clerk of Court**

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____

Case 1:10-cv-06107-KBF Document 192 Filed 05/14/12 Page 5 of 10

**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

Date:

In Re:

-v-

Case #:                         (          )

Dear Litigant,

Enclosed is a copy of the judgment entered in your case.

Your attention is directed to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, which requires that if you wish to appeal the judgment in your case, you must file a notice of appeal within 30 days of the date of entry of the judgment (60 days if the United States or an officer or agency of the United States is a party).

If you wish to appeal the judgment but for any reason you are unable to file your notice of appeal within the required time, you may make a motion for an extension of time in accordance with the provision of Fed. R. App. P. 4(a)(5). That rule requires you to show "excusable neglect" or "good cause" for your failure to file your notice of appeal within the time allowed. Any such motion must first be served upon the other parties and then filed with the Pro Se Office no later than 60 days from the date of entry of the judgment (90 days if the United States or an officer or agency of the United States is a party).

The enclosed Forms 1, 2 and 3 cover some common situations, and you may choose to use one of them if appropriate to your circumstances.

The Filing fee for a notice of appeal is $5.00 and the appellate docketing fee is $450.00 payable to the "Clerk of the Court, USDC, SDNY" by certified check, money order or cash. **No personal checks are accepted.**

Ruby J. Krajick, Clerk of Court

by: _____

, Deputy Clerk

APPEAL FORMS

U.S.D.C. S.D.N.Y. CM/ECF Support Unit        1                    Revised: May 4, 2010

**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

```
----------------------------------------X
                                        |
                                        |       NOTICE OF APPEAL
                                        |
            -V-                         |
                                        |
                                        |    civ.              (    )
                                        |
----------------------------------------X
```

Notice is hereby given that _____
(party)
hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment [describe it]

entered in this action on the _____ day of _____ , _____ .
                                  (day)                (month)              (year)

_____
(Signature)

_____
(Address)

_____
(City, State and Zip Code)

Date: _____    (    )_____-_____
(Telephone Number)

**Note:** You may use this form to take an appeal provided that it is <u>received</u> by the office of the Clerk of the District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

APPEAL FORMS

U.S.D.C. S.D.N.Y. CM/ECF Support Unit                           2.                          Revised: May 4, 2010

FORM 1

**United States District Court
Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

```
-------------------------------------X
                                     |
                                     |     MOTION FOR EXTENSION OF TIME
                                     |     TO FILE A NOTICE OF APPEAL
                                     |
         -V-                         |
                                     |     civ.         (   )
                                     |
                                     |
-------------------------------------X
```

     Pursuant to Fed. R. App. P. 4(a)(5), _____ respectfully
                                                                                                                                                     (party)
requests leave to file the within notice of appeal out of time. _____
                                                                                                                                                                   (party)
desires to appeal the judgment in this action entered on _____ but failed to file a
                                                                                                                                    (day)
notice of appeal within the required number of days because:

[Explain here the "excusable neglect" or "good cause" which led to your failure to file a notice of appeal within the required number of days.]


                                                                          _____
                                                                                                      (Signature)

                                                                        _____
                                                                                 (Address)

                                                      _____
                                    (City, State and Zip Code)

Date: _____                    (   ) _____-_____
                                                                         (Telephone Number)

**Note:** You may use this form, together with a copy of Form 1, if you are seeking to appeal a judgment and did not file a copy of Form 1 within the required time. If you follow this procedure, these forms must be received in the office of the Clerk of the District Court no later than 60 days of the date which the judgment was entered (90 days if the United States or an officer or agency of the United States is a party).

APPEAL FORMS

District Court will <u>receive</u> it within the 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

FORM 3

## United States District Court
## Southern District of New York
### Office of the Clerk
### U.S. Courthouse
### 500 Pearl Street, New York, N.Y. 10007-1213

_____X

**AFFIRMATION OF SERVICE**

-V-

civ.          (    )

_____X

I, _____, declare under penalty of perjury that I have

served a copy of the attached _____

_____

upon _____

_____

whose address is: _____

_____

Date: _____
      New York, New York

_____
(Signature)

_____
(Address)

_____
(City, State and Zip Code)

FORM 4

APPEAL FORMS

FORM 2

# United States District Court
## Southern District of New York
### Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

```
------------------------------------X
                                    |
                                    |      NOTICE OF APPEAL
                                    |             AND
              -V-                   |   MOTION FOR EXTENSION OF TIME
                                    |
                                    |   civ.         (    )
                                    |
------------------------------------X
```

1. Notice is hereby given that _____ hereby appeals to
                                                    (party)

   the United States Court of Appeals for the Second Circuit from the judgment entered on _____.
   [Give a description of the judgment]

2. In the event that this form was not received in the Clerk's office within the required time

   _____ respectfully requests the court to grant an extension of time in
           (party)

   accordance with Fed. R. App. P. 4(a)(5).

      a. In support of this request, _____ states that
                                                                   (party)

   this Court's judgment was received on _____ and that this form was mailed to the
                                                      (date)

   court on _____.
           (date)

                                                         _____
                                                                  (Signature)

                                                          _____
                                                                  (Address)

                                                          _____
                                                        (City, State and Zip Code)

Date: _____                       (   ) _____-_____
                                                                                           (Telephone Number)

**Note:** You may use this form if you are mailing your notice of appeal and are not sure the Clerk of the

APPEAL FORMS