# Exhibit 6

LESLIE S. AHARI
703.734.4322 telephone
703.448.6517 facsimile
leslie.ahari@troutmansanders.com

MEREDITH E. WERNER
202.662.2053 telephone
202.654.5848 facsimile
meredith.werner@troutmansanders.com



TROUTMAN SANDERS LLP
Attorneys at Law
1850 Towers Crescent Plaza, Suite 500
Tysons Corner, Virginia 22182
703.734.4334 telephone
troutmansanders.com

TROUTMAN SANDERS LLP
Attorneys at Law
401 9th Street, N. W., Suite 1000
Washington, D.C. 20004-2134
202.274.2950 telephone
troutmansanders.com

May 5, 2014

**BY ECF**

Ms. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    **Sapere Wealth Management LLC v. Freeh (Docket No. 12-4732); In re MF Global Holdings Ltd. (Docket No. 12-4797); In re MF Global Holdings Ltd. (Docket No. 12-4827)**

Dear Ms. Wolfe:

    This firm represents U.S. Specialty Insurance Company ("U.S. Specialty") in connection with the above referenced appeals. On behalf of U.S. Specialty, this will respond to the Court's April 22, 2014 letter requesting the parties to advise whether the appeal has been mooted by recent events.

    By letter dated November 19, 2013 (DE 134), counsel for the Sapere appellants advised this Court that its appeal in these matters may be rendered moot once they receive full payment of their net equity claim through the MF Global Inc. Securities Investor Protection Act ("SIPA") liquidation proceeding pending in the bankruptcy court. *See In re MF Global, Inc.*, Case No. 11-2790 (Bankr. S.D.N.Y.). Further, by letter of today's date (DE 144), counsel for Sapere confirmed that his clients had received full payment of their net equity claim and agreed that the Court need no longer address this appeal. Under the circumstances, U.S. Specialty respectfully requests that the Court dismiss the appeals as moot.

                                               Sincerely,

                                               TROUTMAN SANDERS LLP

                                       By:   */s/ Meredith Werner*
                                             Leslie S. Ahari
                                             Meredith Werner

ATLANTA   CHICAGO   HONG KONG   NEW YORK   NEWARK   NORFOLK   ORANGE COUNTY   PORTLAND
RALEIGH   RICHMOND   SAN DIEGO   SHANGHAI   TYSONS CORNER   VIRGINIA BEACH   WASHINGTON, DC

TROUTMAN
SANDERS

Ms. Catherine O'Hagan Wolfe
May 5, 2014
Page 2

cc: John Witmeyer, Esq. (by email)
Jon R. Grabowski, Esq. (by email)
Jeremy Turk, Esq. (by email)
John H. Drucker, Esq. (by email)
James Kobak, Jr., Esq. (by email)
Stephen Doody, Esq. (by email)
Andrew Entwistle, Esq. (by email)
Benjamin Duke, Esq. (by email)
Mark Schlachet, Esq. (by email)

22051213v1