

TEL: 858.935.9960 • FAX: 858.939.1939

TOLL FREE: 888.933.5770

10200 WILLOW CREEK ROAD, SUITE 150

SAN DIEGO, CALIFORNIA 92131

October 2, 2014

**BY ECF AND U.S. MAIL**

Hon. William H. Pauley III
United States District Court Judge
500 Pearl Street, Room 2210
New York, New York 10007-1312

Re:   *In Re: Platinum and Palladium Commodities Litig.*, 10-cv-3617 (WHP) (S.D. N.Y.); Notice Status Update and Scheduling

Dear Judge Pauley:

This letter is submitted to clarify the reporting of Defendants' position concerning the requested adjournment for the Physical Class.

Because the Physical Class seeks additional time to allow certain direct notice mailings to commodities clients of Monex Deposit Company, which is anticipated to occur within the next two weeks, the Defendants do not oppose the proposed additional notice, and consent to a sixty-day adjournment of the deadlines for the Physical Class, consistent with Defendants' position on any adjournment for the Futures Class.

Respectfully submitted,
*/s/ John Lowther*
John Lowther