UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re: Platinum And Palladium Commodities Litigation*<br><br>This Document Relates To:<br><br>    Platinum/Palladium Futures Action | MASTER FILE<br>No. 10 Civ. 3617 (WHP) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, the declaration of Christopher Lovell, Esq. and the Stipulation and Agreement of Settlement dated October 21, 2014 , with all exhibits thereto ("Settlement"), the Futures Plaintiffs, by and through their undersigned counsel, will respectfully move this Court, before the Honorable William H. Pauley, III United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, on January 27, 2015 at 2:30 p.m., for entry of the [Proposed] Scheduling Order that, among other things:  (1) finds the Settlement to be sufficiently fair, reasonable, and adequate to warrant dissemination of notice to the Futures Class; (2) certifies the Futures Class for settlement purposes; (3) confirms the appointment of Lovell Stewart Halebian Jacobson LLP as class counsel for the Futures Class in connection with this Settlement; (4) finds the program of notice to be the best practicable notice under the circumstances; (5) approves the forms of the mailed and published notice of the Settlement; and (6) sets a schedule leading to the Court's consideration of final approval of the Settlement, including the date, time and place for a hearing to consider the fairness, reasonableness and adequacy of the Settlement.

Dated: New York, New York
October 29, 2014

Respectfully submitted,

*/s/ Christopher Lovell*
Christopher Lovell
Christopher M. McGrath
**LOVELL STEWART HALEBIAN JACOBSON LLP**
61 Broadway, Suite 501
New York, New York 10006
Telephone: (212) 608-1900
Facsimile: (212) 719-4775

*Counsel for the Futures Plaintiffs and Futures Class*