**CERTIFICATE OF SERVICE**

I, Christopher Lovell, hereby certify that on this 29th day of October 2014, true and correct copies of the foregoing (i) Notice of Motion, (ii) Declaration of Christopher Lovell, Esq. dated October 29, 2014 together with the exhibits thereto; and (iii) Futures Plaintiffs' Memorandum in Support of Motion for Preliminary Approval of Class Action Settlement dated October 29, 2014, were filed and served via the Southern District of New York's ECF system.

    Respectfully submitted,
    */s/ Christopher Lovell*
    Christopher Lovell
    **LOVELL STEWART HALEBIAN JACOBSON LLP**
    61 Broadway, Suite 501,
    New York, New York 10006
    Telephone:   (212) 608-1900
    Facsimile:    (212) 719-4775
    *Counsel for Futures Plaintiffs and the Futures Class*