UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re: Platinum And Palladium Commodities Litigation*<br><br>This Document Relates To:<br><br> Platinum/Palladium Physical Action | MASTER FILE<br>No. 10 Civ. 3617 (WHP)<br><br>**Notice of Motion for Preliminary Approval of MF Global Class Action Settlement** |

PLEASE TAKE NOTICE upon the accompanying memorandum of law, the declaration of John Lowther, Esq., and the Stipulation and Agreement of Settlement ("Settlement") and exhibits thereto, Physical Plaintiffs, by and through their undersigned counsel, will respectfully move this Court, before the Honorable William H. Pauley, III, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, on January 27, 2015 at 2:30 p.m., for the entry of the [Proposed] Scheduling Order that, among other things: (1) finds the Settlement to be sufficiently fair, reasonable, and adequate to warrant dissemination of notice to the Physicals Class; (2) certifies the Physicals Class for settlement purposes; (3) appoints Doyle Lowther LLP as Class Counsel for the Physicals Class in connection with this Settlement; (4) finds the program of notice to be the best practicable under the circumstances; (5) approves the form(s) of the published notice of the Settlement; and (6) sets a schedule leading to the Court's consideration of final approval of the Settlement, including the date, time and place for a hearing to consider the fairness, reasonableness and adequacy of the Settlement.

Dated:  October 29, 2014                                         Respectfully submitted,

                                                                             */s/ John Lowther*
                                                                             John Lowther

                                                                             William Doyle
                                                                             Jim Hail
                                                                             DOYLE LOWTHER LLP
                                                                             10200 Willow Creek Road, Suite 150
                                                                             San Diego, CA 92131
                                                                             (858) 935-9960 phone
                                                                             (858) 939-1939 fax

                                                                              *Class Counsel for Physicals Plaintiffs and the Physicals Class*

1