```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                              :
IN RE: PLATINUM AND PALLADIUM      :   10cv3617
COMMODITIES LITIGATION                :
                                              :   SCHEDULING ORDER
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                              :
THIS DOCUMENT RELATES TO:        :
                                              :
ALL ACTIONS                                :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        This Court will hold a hearing on Plaintiffs' motions for preliminary approval of their settlements with MF Global Inc. on November 12, 2014 at 2:30 p.m.

Dated: November 4, 2014
       New York, New York

                        SO ORDERED:

                        WILLIAM H. PAULEY III
                              U.S.D.J.

*All Counsel of Record*