# LOVELL STEWART HALEBIAN JACOBSON LLP

61 Broadway, Suite 501
New York, New York 10006
www.lshllp.com

| Telephone | Facsimile |
|---|---|
| 212.608.1900 | 212.719.4775 |

January 7, 2015

**BY ECF AND U.S. MAIL**

Honorable William H. Pauley III
United States District Court Judge
500 Pearl Street, Room 2210
New York, New York 10007-1312

Re:   *In Re: Platinum and Palladium Commodities Litig.,* 10-cv-3617 (WHP) (S.D.N.Y.)

Dear Judge Pauley:

      As an attorney for the Futures Plaintiffs, I am respectfully submitting herewith, pursuant to Section IV of Your Honor's Individual Practices, a courtesy copy of the Futures Plaintiffs' Status Report Concerning Notice of the MF Global Settlement To the Futures Class, which was filed today.

      Thank you very much.

      Respectfully submitted,

      */s/ Christopher Lovell*

      Christopher Lovell

Enclosure

cc:   Counsel of Record (by ECF without enclosure)