UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re: Platinum And Palladium Commodities Litigation*<br><br>This Document Relates To:<br><br>Platinum/Palladium Physical Action | MASTER FILE<br>No. 10 Civ. 3617 (WHP)<br><br>**Physical Plaintiffs' Notice of Motion for Final Approval of Class Action Settlement With Defendants Moore Capital, Joseph Welsh and MF Global Inc.** |

PLEASE TAKE NOTICE upon the accompanying memoranda of law, the Omnibus Declaration of John Lowther, Esq., and the exhibits thereto, Physical Plaintiffs, by and through their undersigned counsel, will respectfully move this Court, before the Honorable William H. Pauley, III, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, on February 13, 2015 at 11:00 a.m., for the entry of the Final Order and Judgment and awarding Physical counsel their attorneys' fees and expenses.

Physical Plaintiffs' motions are based on the Settlements, this Notice of Motion, the accompanying memoranda of law, the Omnibus Declaration of John Lowther, Esq., and all other papers filed and proceedings had in this action, and such evidence and argument as may be presented at the hearing on this Motion.

Dated:  January 14, 2015                                  Respectfully submitted,

                                                          _____/s/ John Lowther_____
                                                          John Lowther

                                                          William Doyle
                                                          Jim Hail
                                                          DOYLE LOWTHER LLP
                                                          10200 Willow Creek Road, Suite 150
                                                          San Diego, CA 92131
                                                          (858) 935-9960 phone
                                                          (858) 939-1939 fax

                                                          *Class Counsel for Physical Plaintiffs and the Physical Class*