UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re: Platinum And Palladium Commodities Litigation*<br><br>This Document Relates To:<br><br>    Platinum/Palladium Futures Action | MASTER FILE<br>No. 10 Civ. 3617 (WHP) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, the declarations of Christopher M. McGrath, Esq., Gerald Markham and Eric Miller, the Stipulation and Agreement of Settlement with the Moore Defendants and Defendant Welsh ("Moore Settlement") and the record herein, the Futures Plaintiffs, by and through their undersigned counsel, will respectfully move this Court, before the Honorable William H. Pauley, III United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, on February 13, 2015 at 11:00 p.m. (or at another time set by the Court), for entry of the [Proposed] Final Order and Judgment that, among other things:  (1) finds the Moore Settlement to be fair, reasonable, and adequate such that final approval is warranted; (2) finally certifies the Futures Class for settlement purposes; and (3) approves the proposed Plan of Allocation.

 Dated:  New York, New York
           January 14, 2015

                                             Respectfully submitted,

                                             */s/ Christopher Lovell*
                                             Christopher Lovell
                                             Christopher M. McGrath
                                             **LOVELL STEWART HALEBIAN JACOBSON LLP**
                                             61 Broadway, Suite 501

New York, New York 10006
Telephone:     (212) 608-1900
Facsimile:     (212) 719-4775

*Counsel for the Futures Plaintiffs and Futures Class*