UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re: Platinum And Palladium Commodities Litigation*<br><br>This Document Relates To:<br><br>    Platinum/Palladium Futures Action | MASTER FILE<br>No. 10 Civ. 3617 (WHP) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, the declarations of Christopher M. McGrath, Esq. and Eric Miller, the Stipulation and Agreement of Settlement with the Trustee for the estate of Defendant MF Global ("MF Global Settlement"), and the record herein, the Futures Plaintiffs, by and through their undersigned counsel, will respectfully move this Court, before the Honorable William H. Pauley, III United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, on February 13, 2015 at 11:00 p.m. (or at another time set by the Court), for entry of the [Proposed] Final Order and Judgment that, among other things: (1) finds the MF Global Settlement to be fair, reasonable, and adequate such that final approval is warranted; (2) finally certifies the Futures Class for settlement purposes; and (3) approves the proposed Plan of Allocation.

Dated: New York, New York
       January 15, 2015

                                        Respectfully submitted,

                                        */s/ Christopher Lovell*
                                        Christopher Lovell
                                        Christopher M. McGrath
                                        **LOVELL STEWART HALEBIAN JACOBSON LLP**
                                        61 Broadway, Suite 501

1

New York, New York 10006
Telephone: (212) 608-1900
Facsimile: (212) 719-4775

*Counsel for the Futures Plaintiffs and Futures Class*