UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re: Platinum And Palladium Commodities Litigation*<br><br>This Document Relates To:<br><br>    Platinum/Palladium Futures Action | MASTER FILE<br>No. 10 Civ. 3617 (WHP) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, the declarations of Christopher M. McGrath, Esq., Vincent Briganti, Esq. and Edward Cochran, Esq., the Stipulation and Agreement of Settlement with the Moore Defendants and Defendants Welsh, the Stipulation and Agreement of Settlement with the Trustee for the estate of Defendant MF Global, Inc., and the record herein, the Futures Plaintiffs, by and through their undersigned counsel, will respectfully move this Court, before the Honorable William H. Pauley, III United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, on February 13, 2015 at 11:00 p.m. (or at another time set by the Court), for a finding that Class Counsel's requested award of fees and expenses are fair, reasonable and adequate to the Class and thus should be awarded.

Dated:  New York, New York
          January 15, 2015

                                      Respectfully submitted,

                                      */s/ Christopher Lovell*
                                      Christopher Lovell
                                      Christopher M. McGrath
                                      **LOVELL STEWART HALEBIAN JACOBSON LLP**
                                      61 Broadway, Suite 501
                                      New York, New York 10006
                                      Telephone:    (212) 608-1900

Facsimile: (212) 719-4775

*Counsel for the Futures Plaintiffs and Futures Class*

2