# Exhibit A

| Time Period | Hours | Lodestar |
|---|---|---|
| April 30, 2010 - April 29,  2011 | 1,742.10 | $1,191,238.12 |
| April 30, 2011- April 29, 2012 | 4,132.57 | $2,317,441.75 |
| April 30, 2012- April 29, 2013 | 3,339.30 | $1,908,406.25 |
| April 30, 2013 - April 29, 2014 | 1,502.61 | $1,021,241.83 |
| April 30, 2014- Jan. 14, 2015 | 1,427.41 | $987,750.56 |