# Exhibit B

| **Chris Lovell** | Hours | Rate | Lodestar |
|---|---|---|---|
| April 30, 2010 - April 29, 2011 | 332.80 | $950.00 | $316,160.00 |
| April 30, 2011-April 29, 2012 | 328.60 | $950.00 | $312,170.00 |
| April 30, 2012-April 29, 2013 | 461.30 | $950.00 | $438,235.00 |
| April 30, 2013-April 29, 2014 | 306.84 | $950.00 | $291,498.00 |
| April 30, 2014 - Jan. 14, 2015 | 242.50 | $950.00 | $230,375.00 |

| **Gary Jacobson** | Hours | Rate | Lodestar |
|---|---|---|---|
| April 30, 2010 - April 29, 2011 | 220.40 | $905.00 | $199,462.00 |
| April 30, 2011-April 29, 2012 | 124.95 | $905.00 | $113,079.75 |
| April 30, 2012-April 29, 2013 | 130.70 | $905.00 | $118,283.50 |
| April 30, 2013-April 29, 2014 | 74.00 | $905.00 | $66,970.00 |
| April 30, 2014 - Jan. 14, 2015 | 29.00 | $905.00 | $26,245.00 |

| **Jody Krisiloff** | Hours | Rate | Lodestar |
|---|---|---|---|
| April 30, 2010 - April 29, 2011 | 0.00 | $0.00 | $0.00 |
| April 30, 2011-April 29, 2012 | 0.00 | $0.00 | $0.00 |
| April 30, 2012-April 29, 2013 | 235.95 | $800.00 | $188,760.00 |
| April 30, 2013-April 29, 2014 | 337.30 | $800.00 | $269,840.00 |
| April 30, 2014 - Jan. 14, 2015 | 488.90 | $800.00 | $391,120.00 |

| **Ian Stoll** | Hours | Rate | Lodestar |
|---|---|---|---|
| April 30, 2010 - April 29, 2011 | 195.00 | $750.00 | $146,250.00 |
| April 30, 2011-April 29, 2012 | 679.75 | $750.00 | $509,812.50 |
| April 30, 2012-April 29, 2013 | 526.05 | $750.00 | $394,537.50 |
| April 30, 2013-April 29, 2014 | 36.75 | $750.00 | $27,562.50 |
| April 30, 2014 - Jan. 14, 2015 | 0.00 | $750.00 | $0.00 |

| **Craig Essenmacher** | Hours | Rate | Lodestar |
|---|---|---|---|
| April 30, 2010 - April 29, 2011 | 88.00 | $725.00 | $63,800.00 |
| April 30, 2011-April 29, 2012 | 302.00 | $725.00 | $218,950.00 |
| April 30, 2012-April 29, 2013 | 371.40 | $725.00 | $269,265.00 |
| April 30, 2013-April 29, 2014 | 8.50 | $725.00 | $6,162.50 |
| April 30, 2014 - Jan. 14, 2015 | 3.50 | $725.00 | $2,537.50 |

| **Keith Essenmacher** | Hours | Rate | Lodestar |
|---|---|---|---|
| April 30, 2010 - April 29, 2011 | 0.00 | $680.00 | $0.00 |
| April 30, 2011-April 29, 2012 | 0.00 | $680.00 | $0.00 |
| April 30, 2012-April 29, 2013 | 427.40 | $680.00 | $290,632.00 |
| April 30, 2013-April 29, 2014 | 0.00 | $680.00 | $0.00 |
| April 30, 2014 - Jan. 14, 2015 | 0.00 | $680.00 | $0.00 |

| **Chris McGrath** | Hours | Rate | Lodestar |
|---|---|---|---|
| April 30, 2010 - April 29, 2011 | 463.00 | $625.00 | $289,375.00 |

| | Hours | Rate | Lodestar |
|---|---|---|---|
| April 30, 2011-April 29, 2012 | 422.20 | $625.00 | $263,875.00 |
| April 30, 2012-April 29, 2013 | 272.00 | $625.00 | $170,000.00 |
| April 30, 2013-April 29, 2014 | 409.60 | $625.00 | $256,000.00 |
| April 30, 2014 - Jan. 14, 2015 | 404.60 | $625.00 | $252,875.00 |
| | | | |
| **Amanda Miller** | **Hours** | **Rate** | **Lodestar** |
| April 30, 2010 - April 29, 2011 | 0.00 | $435.00 | $0.00 |
| April 30, 2011-April 29, 2012 | 192.14 | $435.00 | $83,580.90 |
| April 30, 2012-April 29, 2013 | 55.17 | $435.00 | $23,998.95 |
| April 30, 2013-April 29, 2014 | 41.87 | $435.00 | $18,213.45 |
| April 30, 2014 - Jan. 14, 2015 | 2.40 | $435.00 | $1,044.00 |
| | | | |
| **Fred Isquith** | **Hours** | **Rate** | **Lodestar** |
| April 30, 2010 - April 29, 2011 | 107.26 | $435.00 | $46,658.10 |
| April 30, 2011-April 29, 2012 | 325.91 | $435.00 | $141,770.85 |
| April 30, 2012-April 29, 2013 | 133.57 | $435.00 | $58,102.95 |
| April 30, 2013-April 29, 2014 | 24.75 | $435.00 | $10,766.25 |
| April 30, 2014 - Jan. 14, 2015 | 93.97 | $435.00 | $40,876.95 |
| | | | |
| **Ben Jaccarino** | **Hours** | **Rate** | **Lodestar** |
| April 30, 2010 - April 29, 2011 | 257.14 | $435.00 | $111,855.90 |
| April 30, 2011-April 29, 2012 | 255.59 | $435.00 | $111,181.65 |
| April 30, 2012-April 29, 2013 | 103.91 | $435.00 | $45,200.85 |
| April 30, 2013-April 29, 2014 | 70.32 | $435.00 | $30,589.20 |
| April 30, 2014 - Jan. 14, 2015 | 38.84 | $435.00 | $16,895.40 |
| | | | |
| **Troy Gorman** | **Hours** | **Rate** | **Lodestar** |
| April 30, 2010 - April 29, 2011 | 0.00 | $275.00 | $0.00 |
| April 30, 2011-April 29, 2012 | 74.00 | $275.00 | $20,350.00 |
| April 30, 2012-April 29, 2013 | 0.00 | $275.00 | $0.00 |
| April 30, 2013-April 29, 2014 | 0.00 | $275.00 | $0.00 |
| April 30, 2014 - Jan. 14, 2015 | 0.00 | $275.00 | $0.00 |
| | | | |
| **Matthew Kuipers** | **Hours** | **Rate** | **Lodestar** |
| April 30, 2010 - April 29, 2011 | 0.00 | $275.00 | $0.00 |
| April 30, 2011-April 29, 2012 | 389.50 | $275.00 | $107,112.50 |
| April 30, 2012-April 29, 2013 | 0.00 | $275.00 | $0.00 |
| April 30, 2013-April 29, 2014 | 0.00 | $275.00 | $0.00 |
| April 30, 2014 - Jan. 14, 2015 | 0.00 | $275.00 | $0.00 |
| | | | |
| **Albert Powell** | **Hours** | Rate | **Lodestar** |
| April 30, 2010 - April 29, 2011 | 0.00 | $275.00 | $0.00 |
| April 30, 2011-April 29, 2012 | 159.00 | $275.00 | $43,725.00 |
| April 30, 2012-April 29, 2013 | 0.00 | $275.00 | $0.00 |

| | Hours | Rate | Lodestar |
|---|---|---|---|
| April 30, 2013-April 29, 2014 | 0.00 | $275.00 | $0.00 |
| April 30, 2014 - Jan. 14, 2015 | 0.00 | $275.00 | $0.00 |
| | | | |
| **James Payne** | **Hours** | **Rate** | **Lodestar** |
| April 30, 2010 - April 29, 2011 | 0.00 | $275.00 | $0.00 |
| April 30, 2011-April 29, 2012 | 80.00 | $275.00 | $22,000.00 |
| April 30, 2012-April 29, 2013 | 0.00 | $275.00 | $0.00 |
| April 30, 2013-April 29, 2014 | 0.00 | $275.00 | $0.00 |
| April 30, 2014 - Jan. 14, 2015 | 0.00 | $275.00 | $0.00 |
| | | | |
| **Jacob Ferris** | **Hours** | **Rate** | **Lodestar** |
| April 30, 2010 - April 29, 2011 | 0.00 | $275.00 | $0.00 |
| April 30, 2011-April 29, 2012 | 27.50 | $275.00 | $7,562.50 |
| April 30, 2012-April 29, 2013 | 0.00 | $275.00 | $0.00 |
| April 30, 2013-April 29, 2014 | 0.00 | $275.00 | $0.00 |
| April 30, 2014 - Jan. 14, 2015 | 0.00 | $275.00 | $0.00 |
| | | | |
| **Chris Mooney** | **Hours** | **Rate** | **Lodestar** |
| April 30, 2010 - April 29, 2011 | 0.00 | $275.00 | $0.00 |
| April 30, 2011-April 29, 2012 | 0.00 | $275.00 | $0.00 |
| April 30, 2012-April 29, 2013 | 0.00 | $275.00 | $0.00 |
| April 30, 2013-April 29, 2014 | 64.37 | $275.00 | $17,701.75 |
| April 30, 2014 - Jan. 14, 2015 | 25.00 | $275.00 | $6,875.00 |
| | | | |
| **Tucker Kiessling** | **Hours** | **Rate** | **Lodestar** |
| April 30, 2010 - April 29, 2011 | 78.50 | $225.00 | $17,662.50 |
| April 30, 2011-April 29, 2012 | 241.02 | $225.00 | $54,229.50 |
| April 30, 2012-April 29, 2013 | 430.00 | $225.00 | $96,750.00 |
| April 30, 2013-April 29, 2014 | 88.00 | $225.00 | $19,800.00 |
| April 30, 2014 - Jan. 14, 2015 | 38.50 | $225.00 | $8,662.50 |
| | | | |
| **Hannah Bock** | **Hours** | **Rate** | **Lodestar** |
| April 30, 2010 - April 29, 2011 | 0.00 | $170.00 | $0.00 |
| April 30, 2011-April 29, 2012 | 92.33 | $170.00 | $15,696.10 |
| April 30, 2012-April 29, 2013 | 619.25 | $170.00 | $105,272.50 |
| April 30, 2013-April 29, 2014 | 31.00 | $170.00 | $5,270.00 |
| April 30, 2014 - Jan. 14, 2015 | 50.50 | $170.00 | $8,585.00 |
| | | | |
| **Keith Andrews** | **Hours** | **Rate** | **Lodestar** |
| April 30, 2010 - April 29, 2011 | 0.00 | $185.00 | $0.00 |
| April 30, 2011-April 29, 2012 | 0.00 | $185.00 | $0.00 |
| April 30, 2012-April 29, 2013 | 0.00 | $185.00 | $0.00 |
| April 30, 2013-April 29, 2014 | 0.00 | $185.00 | $0.00 |
| April 30, 2014 - Jan. 14, 2015 | 10.00 | $185.00 | $1,850.00 |

| **Travis Carter** | **Hours** | **Rate** | **Lodestar** |
| --- | --- | --- | --- |
| April 30, 2010 - April 29, 2011 | 0.00 | $160.00 | $0.00 |
| April 30, 2011-April 29, 2012 | 10.68 | $160.00 | $1,708.80 |
| April 30, 2012-April 29, 2013 | 0.00 | $160.00 | $0.00 |
| April 30, 2013-April 29, 2014 | 0.00 | $160.00 | $0.00 |
| April 30, 2014 - Jan. 14, 2015 | 0.00 | $160.00 | $0.00 |

| **Ted Therkauf** | **Hours** | **Rate** | **Lodestar** |
| --- | --- | --- | --- |
| April 30, 2010 - April 29, 2011 | 0.00 | $75.00 | $0.00 |
| April 30, 2011-April 29, 2012 | 0.00 | $75.00 | $0.00 |
| April 30, 2012-April 29, 2013 | 9.00 | $75.00 | $675.00 |
| April 30, 2013-April 29, 2014 | 0.00 | $75.00 | $0.00 |
| April 30, 2014 - Jan. 14, 2015 | 0.00 | $75.00 | $0.00 |