UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re: Platinum And Palladium Commodities Litigation*<br><br>This Document Relates To:<br><br>  Platinum/Palladium Physical Action | MASTER FILE<br>No. 10 Civ. 3617 (WHP)<br><br>**Physical Plaintiffs' Notice of Motion for An Award of Attorneys Fees and Reimbursement of Expenses** |

PLEASE TAKE NOTICE upon the accompanying memoranda of law, the Omnibus Declaration of John Lowther, Esq., and the exhibits thereto, Physical Plaintiffs, by and through their undersigned counsel, will respectfully move this Court, before the Honorable William H. Pauley, III, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, on February 13, 2015 at 11:00 a.m., or at another date and time set by the Court, for a finding that Physical counsel's requested award of attorneys' fees and expenses are fair, reasonable and adequate to the Physical Class and thus should be awarded.

Dated:   January 15, 2015                              Respectfully submitted,

                                                                        _/s/ John Lowther_
                                                           John Lowther

                                                           William Doyle
                                                           Jim Hail
                                                           DOYLE LOWTHER LLP
                                                           10200 Willow Creek Road, Suite 150
                                                           San Diego, CA 92131
                                                           (858) 935-9960 phone
                                                           (858) 939-1939 fax

                                                           *Class Counsel for Physical Plaintiffs and the*
                                                           *Physical Class*