# EXHIBIT G

*In Re: Platinum and Palladium Commodities Litigation*
**Master File No. 10-civ-3617 (WHP)**

**Physical Plaintiffs' Volume Analysis**

## I.      Experience and Qualifications

My name is Jeffrey M. Christian. I am Managing Partner of CPM Group, a commodities research, consulting, financial advisory and commodities management firm providing independent research, analysis and advisory services related to commodities markets, corporate and project finance, and the financial management of exposure to commodity oriented investments. I have been an analyst and advisor on commodities markets since the 1970s, with work spanning precious metals, energy markets, base metals, agricultural markets, and economic analysis in general. I am considered by people throughout the international precious metals markets as one of the foremost experts on precious metals markets, commodities in general, and financial engineering using options for hedging and investing purposes.

I founded CPM Group in 1986. Among other things, we advise many of the world's largest corporations and institutional investors on managing their commodities price and market exposures, as well as providing advisory services to the World Bank, United Nations, International Monetary Fund, and numerous governments. I wrote what is considered in the market to be the first market report on platinum group metals in May 1981, when what is now CPM Group was the Research Department at J. Aron & Co. (J. Aron merged into Goldman, Sachs and Co. later in 1981 and I became vice president of the Commodities Research Group at Goldman, Sachs, which I spun out in a management buyout in 1986 to form CPM Group.) My research team and I have written extensively and have been involved in market activities related to platinum and palladium since the 1980s. I wrote the business plan for the U.S. Mint's Platinum Eagle program in the 1990s, developed the Mint's platinum procurement and management program, and managed the Mint's purchases. We have been extensively involved in the platinum and palladium markets throughout our history, and this year developed and managed a platinum lease tender for the U.S. Mint, as an example of our knowledge of the workings of these markets. My experience and qualifications are fully set forth in my curriculum vitae, attached as Exhibit 2 to my executed declaration.

## II.      Introduction

This report opines on the amount of platinum and palladium traded within the United States from October 2007 through July 2008, and briefly opines on correlations between the futures and physical market.

Calculating physical platinum and palladium volumes bought and sold within the United States at prices related to or influenced by NYMEX futures settlement prices requires consideration of

1

several factors: (a) how much platinum and palladium metal is bought and sold in the United States; (b) which prices the transactions use; and (c) the relationship between the prices in physical platinum and palladium transactions and the NYMEX settlement price on days on which respective transactions in like physical platinum or palladium occurred. The third consideration requires physical platinum or palladium be of the same form and qualities as NYMEX deliverable metal.

Platinum and palladium are purchased and sold in a number of venues around the country, and in a number of forms. Fabricators use these metals in a host of manufactured products. Industrial users range from small companies, such as jewelers, to large companies that use these metals in automotive emission catalysts, petroleum refining catalysts, electronic components, chemical and pharmaceutical process catalysts, glass making equipment, and numerous other projects. Others buy platinum and palladium as investment products, ranging from one-ounce coins, medallions and bars to 10-ounce and larger bars and ingots. How much metal is being purchased by these numerous individual participants is unknown, and there are no statistics from either government agencies or private corporations outlining the volumes in either the primary or secondary markets supplying metal to these buyers.

As these transactions are made, a number of reference prices are used. Some of these transactions are based directly off the NYMEX futures prices, either at the time of the transaction or on the basis of the daily settlement price. Other volumes are bought and sold basis the London afternoon and morning fixing prices, daily reference prices set in the London over the counter market. Still other volumes are bought and sold based on "fabricator prices" quoted by various refiners and semi-manufacturing fabricators. The list of these companies includes Johnson Matthey, BASF, Heraeus, with the first two companies being the most commonly referred to fabricator prices in the markets. Still other volumes are sold on a spot basis by dealers around the country. All of these prices tend to move in concert with each other due to the opportunities to arbitrage between markets: If one price becomes too far removed from other market prices, market participants with the ability to buy in one market and sell in another will take the opportunity to do so, until such time as the spread between the two disparate prices closes to a range that makes such trades unprofitable for the arbitrageur.

### III.   U.S. Physical Platinum and Palladium Markets

#### 1.     Data on platinum and palladium transactions

Non-market participants often are surprised by the lack of concrete data on the volumes of physical platinum and palladium bought and sold in the United States. No official statistics exist from any government office to show how much physical platinum and palladium is being purchased for use by fabricators in the United States, known as "sponge metal." Nor is there any information on how much physical platinum and palladium is being purchased or sold for investment purposes or transacted by investors via bullion metal.

Two private organizations, Johnson Matthey and CPM Group, produce estimates of the volumes of physical platinum and palladium purchased by fabricators in the United States, as well as

additional statistics on aspects of supply and demand. There are no regularly published estimates of secondary recovery of these two metals from scrapped fabricated products in the United States, although CPM Group has these statistics on a global basis.

The charts and tables in this report comparing CPM Group's statistics for U.S. demand for physical platinum and palladium to the estimates published by Johnson Matthey show wide differences in estimates of fabrication demand between the two companies' sets of statistics, which demonstrates the uncertainty surrounding estimates of physical platinum and palladium purchases within the United States.

Virtually every aspect of the markets for physical platinum and palladium is secret at the individual corporation and investor level, as is the case with most physical commodity markets. No government program collects data on transactions in physical platinum or palladium, other than providing some crude estimates of discrete segments of the larger platinum and palladium market, such as mine production levels, and no regulation requires companies or investors to report their transactions in physical platinum and palladium, except in marginal portions of the markets such as when investors sell more than $10,000 worth of precious metals bullion investment products to a registered dealer. In this instance, the dealer is required to complete a 1099D form to report the transaction to the IRS. Most other physical platinum and palladium transactions occur in unregulated over the counter markets where the transaction sizes, volumes, and values go unreported.

In the absence of concrete data, the platinum and palladium markets rely on anecdotal commentary, research, and the estimates of supply and demand made by CPM Group and Johnson Matthey.

## 2.    Investment market versus fabricator market

There are different markets for physical platinum and palladium in the United States. Broadly speaking there are two markets: An investment market, in which these metals are held in metal form, fungible and resalable on a moment's notice; and a market for fabrication demand in which these metals are used in manufactured products. Most platinum and palladium trades at a minimum purity of 99.95% pure. This is the minimum purity standard in both the London and New York markets. Some fabricators will require additional purity standards for high tech applications, but the volumes that trade at higher purities are very small, and often trade at the same price level as the 99.95% considered acceptable to the bulk of both the industrial user and investor markets.

- In the investment market for physical platinum and palladium, individual and institutional investors buy, hold, and sell platinum and palladium as investments, either seeking capital gains or seeking to provide a diversification of their investment portfolios as a hedge against adverse price moves of other assets they hold.

- In the fabricators market, producers, refiners, and metals dealers supply physical platinum and palladium to semi-fabricators and manufacturers for use in fabricated products. Products using physical platinum and palladium include catalytic converters,

3

which reduce harmful emissions from automobiles and stationery emission sites (*e.g.* factories, bakeries, laundries), glass manufacturing equipment, electronic components, spark plugs, thermocouples, chemical process catalysts, petroleum refining catalysts, jewelry, and other products.

### 3. Fabricator market and industrial use

The investment market and the fabricator market are quite distinct. In the fabrication demand segment of the market, physical platinum and palladium are consumed in the fabrication process. In the investment sector the metal is held in bullion form, and thus is not alloyed or manufactured in any way, and is available to be resold at the investor's whim.

This distinction is important in this case. Virtually all metal used in manufacturing is bought and sold in "sponge," or powder, form, which is much more readily useable than ingots, bars, or plates used almost exclusively in the investor market. Because of these differences, estimates of the amounts of metal bought for manufacturing purposes can be readily excluded from the calculations and estimates of the amounts of NYMEX good delivery metal bullion.

Most platinum and palladium purchased in the United States, and throughout the world, is purchased for industrial use, not investment use. The vast majority of the commercial platinum and palladium metal is transacted in powder form, called "sponge" in the platinum group metals markets. Sponge metal is *not* deliverable against NYMEX contracts.

The London Platinum and Palladium Market Association is the association that represents London banks and dealers trading in platinum and palladium in the London-centered over-the-counter market for these metals. According to the London Platinum and Palladium Market:

> Noble metals are traded in their sponge form to varying degrees of activity and liquidity by many Members, Associate Members and Affiliates of the LPPM. However, sponge is unattractive as a trading and investment vehicle to the financial services industry, partly because of difficulties with the stacking and storage of sponge containers but primarily because the metal itself cannot be indelibly stamped with details of its purity and origins, leading to difficulties with "on-selling," or "Fungibility." For this reason, "Good Delivery" status is only accorded to bars, or "ingots," produced by refiners on the LPPM Good Delivery list. As a result, bullion banks, metal traders and financiers tend to manage the liquidity of their spot, forward and leasing "books" in terms of ingot metal. This is an important fact to understand when making decisions about the type of hedge that can best mitigate a Noble Metal exposure.

Thus much of the physical platinum and palladium metal bought in the United States, purchased solely for fabrication purposes in "sponge" form, cannot be accurately tracked for origin, cannot be accurately tracked for purity, and cannot be reliably stacked or stored, and thus is disqualified as a trading and investment vehicle. Nor does industrial-use platinum and palladium qualify for "Good Delivery" status, as the metal is not fungible and its purity cannot be readily established.

4

Fabrication platinum and palladium may be excluded from the calculations involved in the volume analysis for investor transactions and demand.

### 4.      Investment Market

In contrast to the fabricator market, nearly all platinum and palladium traded by investors meets "Good Delivery" requirements, meaning platinum and palladium metal bought, sold, and traded among investors and dealers that service the investment market tends to be in bar, ingot or coin form, instead of sponge, and tends to be of 99.95% purity. Thus investors tend to buy good delivery, investment-grade platinum and palladium metal based on the London or New York spot market prices, or dealer prices derived from spot trading prices in New York. Much of the volume of these transactions are conducted during the business or trading day. Transactions generally are priced at the settlement price, and good delivery metal dealers set their prices at which they will buy and sell platinum and palladium based on either the previous day's settlement price or the current day's settlement price on NYMEX.

## IV.      United States Investment Demand

Physical platinum and palladium investment volumes in the United States is even less certain than are estimates of fabrication demand. The U.S. Mint publishes statistics on its sales of Platinum Eagle bullion coins to authorized dealers, which are 99.95% purity assayed and stamped platinum coins for the investor and numismatic market. This is a small amount of platinum, totaling 5,263 ounces in 2007 and 5,652 ounces in 2008.

The United States Mint has no palladium bullion coins.

We also have reviewed confidential information from several major precious metals dealers in the United States concerning their monthly transactions in physical platinum bullion and palladium bullion.

Platinum and palladium exchange traded funds have been created since 2007; most of these investment funds store their metal in Zurich or London. No exchange traded funds have vaults storing metal in the United States; all of the metal purchased by investors through these funds and products is stored overseas. The prices at which investors buy and sell the shares of these funds, backed by physical metal, fluctuate throughout their trading day. Trading and price levels on the NYMEX futures contract clearly is related to the prices for these funds, due to the arbitrage opportunities between the markets.

CPM Group has estimates of the volumes of net additions and reductions in investor physical holdings of platinum and palladium bullion within the United States. These estimates must be taken with a great deal of understanding about the derived nature of these figures. A section of this report describes the research methodology behind these calculations.

CPM Group's estimate of net investor purchases in the United States of platinum bullion during the period of October 17, 2007 through June 6, 2008 is 201,056 ounces.

CPM Group's estimate of net investor purchases in the United States of palladium bullion during the period of October 17, 2007 through June 6, 2008 is 933,718 ounces.

These figures are based on CPM Group's methodology, described below in Section VI.

There are no estimates of volumes of gross purchases and sales by investors in what is known as the "secondary market" for such investors. Estimates of such gross purchases and sales simply do not exist in the platinum and palladium markets.

## V.      Platinum and Palladium Price Correlations

The various market prices for platinum and palladium bullion tend to be closely correlated, due to the fungibility of good delivery metals and arbitrage opportunities among markets. This is common among commodities markets.

Causality being beyond the scope of this study, correlations between physical platinum and palladium market prices quoted in London, by Johnson Matthey and by BASF, on the one hand, and the NYMEX settlement price, on the other hand, increased substantially during the period of October 17, 2007 through June 6, 2008.

For platinum prices, the correlation between the NYMEX Settlement prices and the Johnson Matthey prices rose from 87% for the period between February 2001 and August 2013, the base comparative period, to 96% during the period of October 17, 2007 through June 6, 2008. This was the most dramatic increase. The statistical relationship between the NYMEX settlement price with the BASF price increased 3%, between NYMEX and the London afternoon fix 3%, and between the NYMEX price and the London morning fix 4%.

**Correlation between Nymex Platinum Prices and Other Platinum Prices Over Select Periods**

|  | Class Period | Long-Term Comparison |
| --- | --- | --- |
|  | 17-October-2007 to 6-June-2008 | 1-February-2001 to 16-August-2013 |
| Johnson Matthey | 96% | 87% |
| BASF | 78% | 75% |
| London afternoon Fix | 75% | 72% |
| London morning Fix | 55% | 51% |

Notes: Correlations are between the daily changes in the Nymex platinum settlement price and the daily changes in the platinum price as quoted by Johnson Matthey, BASF, and the London Fix.
BASF prices are U.S. Engelhard Industrial Bullion prices.
Sources: CPM Group, Bloomberg

For palladium prices the correlation between the NYMEX settlement price and Johnson Matthey's quoted price rose 7% during the period of October 17, 2007 through June 6, 2008,

from 84% to 91%. The relationship between BASF's palladium prices and the NYMEX settlement price increased only 1% during the period of October 17, 2007 through June 6, 2008, while the relationship between NYMEX prices and the London afternoon fix rose 2% and that between the NYMEX price and the London morning fix rose 4%.

**Correlation between Nymex Palladium Prices and Other Palladium Prices Over Select Periods**

|  | **Class Period**<br>**17-October-2007 to 6-June-2008** | **Long-Term Comparison**<br>**1-February-2001 to 16-August-2013** |
|---|---|---|
| **Johnson Matthey** | 91% | 84% |
| **BASF** | 70% | 69% |
| **London afternoon Fix** | 69% | 67% |
| **London morning Fix** | 52% | 48% |

**Notes: Correlations are between the daily changes in the Nymex palladium settlement price and the daily changes in the palladium prices as quoted by of Johnson Matthey, BASF, and the London Fixes.**
**BASF prices are U.S. Engelhard Industrial Bullion prices.**
**Source: CPM Group, Bloomberg**

In can be argued the increases in the NYMEX settlement prices had a more powerful effect on purchasers of physical metal during the period of October 17, 2007 through June 6, 2008 than either before or after, given the increased price correlation.

## VI.    Methodology for Estimating National Metals Accounts for the Period of October 17, 2007 through June 6, 2008

As previously discussed, there is a paucity of concrete statistics and information on the volumes of supply and demand for most commodities. Few statistics are gathered by government agencies and other entities on how much of a given commodity is being produced, in the case of metals from mining operations, imported ores and unrefined materials, and scrap recovered from either manufacturing operations or end-of-life recycling of metals-containing products.

So, too, there is little information collected on the amount of commodities that are consumed or bought by investors, let alone the individual industries using these commodities. As one example, most people do not realize the U.S. government, and others, fail to collect data and estimate demands for even petroleum, which is a strategically and economically important commodity. Thus United States demand data for petroleum is derived by the Department of Energy as a calculation based on imports, production, exports, and shifts in reported inventories.

The data for precious metals, including platinum and palladium, are even scarcer than for other commodities such as oil and copper. People and companies buying, selling, recovering metal from scrap, using it in manufactured products, or investing in platinum and palladium are not required to either gather or disclose statistics and information on their precious metals activities.

In this situation, accepted procedure in the industry is to derive estimates through a combination of creating a "National Account" for a given commodity and then seeking to populate it through estimates of individual industry demand patterns collected via anecdotal information and interviews with market participants. This is the standard commodities research procedure used

8

by the Department of Energy in energy commodities, the Department of Agriculture in agricultural commodities, and the U.S. Geological Survey for metals and non-metallic minerals.

This same procedure is used by CPM Group in its estimates of the platinum, palladium, and other markets.

A national metals account is an account of a country's total supply and demand of metal based on what little information is known. These accounts allow analysts to develop a broad idea of how much of given commodities (in this case platinum and palladium) are entering a national market (in this case the United States).

Net imports are calculated by subtracting gross exports of refined metal from gross imports (note that if the result is negative, it's a net export). This figure is added to statistics on domestically refined mine production and domestically refined secondary supply from scrapped products. This formula gives a Net Supply total, representing the amount of metal entering the U.S. market. An assumption is made that someone buys, uses, or holds this metal. Thus, Net Supply equals Apparent Demand.

Obviously not all of the metal becoming available within the United States is being consumed or used in fabricated products, so some of the metal showing up in Net Supply and Apparent Demand is being held in metal form in inventories, either by investors who want to hold metal in their portfolio or by market intermediaries willing to hold working inventories. Apparent Demand captures all sources of demand for the metal, which includes demand from industry, jewelry fabricators, and investors.

CPM Group then subtracts its proprietary estimates for fabrication demand, which is the sum of industry and jewelry demand, from Apparent Demand, yielding an Implied Net Investment Demand figure. Tables and charts in this report show CPM Group's annual National Metals Account balances for platinum and palladium.

Additionally, there are tables showing the pro-rated national metal accounts for the period of October 17, 2007 through June 6, 2008, based on various monthly and annual statistics to yield an estimate for implied investment demand during this period. The following list shows the available frequency of data for each component of the national metals account:

- Trade data, monthly. CPM Group uses data provided by Global Trade Information Services (GTIS), a private sector company that collates U.S. government trade data. The U.S. Census Bureau also collects and reports data on imports and exports, but does not provide data series as specific and differentiated as that available from GTIS.

- Mine production, monthly (although annual data was used in this report)

- Secondary supply, annual

- Fabrication demand, annual

Annual data was pro-rated by the number of days applicable to the period of October 17, 2007 through June 6, 2008. Monthly data was prorated by the number of days in partial months.

The platinum and palladium U.S. markets tables included in this report are pro-rated national metals accounts, meant to capture the market's supply and demand volumes during the period of October 17, 2007 through June 6, 2008. Typically, national metals accounts illustrate metal ownership on the last day of a given year. National metals accounts use published trade data, published mine production data, estimated secondary supply data, and estimated fabrication demand data in order to yield a figure representing the implied investment demand for the metal within a country. The reason this final data point cannot be estimated as readily and reliably is because it is the most proprietary set of data within the entire account.

Jeffrey M. Christian
Managing Partner, CPM Group

10

# U.S. Platinum Market Estimates

**Historical U.S. Platinum Demand**

**Troy Ounces**

| Year | Automotive | Petroleum | Chemical | Electronics | Glass | Dental and Medical | Jewelry and Decorative | Misc. | Total | Percent Change in Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1955 | - | - | 348,088 | 48,683 | - | 12,304 | 12,860 | 5,297 | 427,232 | |
| 1956 | - | - | 320,476 | 53,872 | - | 12,436 | 16,075 | 5,115 | 407,974 | -4.5% |
| 1957 | - | - | 243,226 | 52,574 | - | 11,514 | 22,505 | 6,567 | 336,386 | -17.5% |
| 1958 | - | - | 148,276 | 53,553 | - | 14,414 | 41,796 | 5,727 | 263,766 | -21.6% |
| 1959 | - | 44,327 | 80,107 | 84,837 | 82,997 | 15,379 | 54,656 | 5,747 | 368,050 | 39.5% |
| 1960 | - | 35,645 | 71,253 | 106,903 | 59,390 | 15,898 | 57,871 | 2,828 | 349,788 | -5.0% |
| 1961 | - | 37,742 | 72,016 | 87,419 | 35,234 | 16,487 | 64,301 | 4,003 | 317,202 | -9.3% |
| 1962 | - | 13,160 | 87,822 | 100,569 | 45,530 | 22,601 | 77,162 | 6,017 | 352,861 | 11.2% |
| 1963 | - | 40,721 | 156,427 | 110,576 | 57,919 | 18,894 | 115,743 | 6,844 | 507,124 | 43.7% |
| 1964 | - | 41,071 | 137,248 | 103,584 | 49,680 | 19,376 | 90,022 | 3,195 | 444,176 | -12.4% |
| 1965 | - | 82,138 | 131,599 | 106,808 | 19,846 | 26,511 | 83,592 | 10,084 | 460,578 | 3.7% |
| 1966 | - | 235,098 | 191,429 | 117,156 | 90,556 | 24,296 | 86,807 | 24,846 | 770,188 | 67.2% |
| 1967 | - | 122,511 | 159,384 | 99,686 | 45,150 | 24,630 | 115,743 | 26,112 | 593,216 | -23.0% |
| 1968 | - | 89,629 | 157,677 | 117,256 | 47,935 | 24,903 | 102,882 | 31,150 | 571,432 | -3.7% |
| 1969 | - | 62,438 | 175,436 | 112,589 | 63,350 | 22,266 | 138,248 | 47,174 | 621,501 | 8.8% |
| 1970 | - | 144,657 | 148,289 | 103,318 | 46,687 | 18,302 | 199,334 | 18,555 | 679,142 | 9.3% |
| 1971 | - | 137,396 | 135,112 | 51,940 | 40,703 | 23,097 | 398,669 | 19,859 | 806,776 | 18.8% |
| 1972 | - | 98,847 | 225,895 | 92,381 | 26,970 | 30,462 | 729,821 | 50,089 | 1,254,465 | 55.5% |
| 1973 | - | 123,649 | 238,974 | 117,352 | 72,543 | 27,887 | 897,005 | 55,695 | 1,533,105 | 22.2% |
| 1974 | 350,000 | 139,519 | 215,663 | 98,608 | 74,398 | 25,513 | 839,133 | 17,020 | 1,759,854 | 14.8% |
| 1975 | 273,000 | 107,988 | 148,813 | 73,624 | 33,813 | 17,097 | 1,060,973 | 21,318 | 1,736,626 | -1.3% |
| 1976 | 480,965 | 59,103 | 83,560 | 89,319 | 41,663 | 26,858 | 836,000 | 46,246 | 1,663,734 | -4.2% |
| 1977 | 354,338 | 74,772 | 84,414 | 90,217 | 59,995 | 27,083 | 794,000 | 64,350 | 1,549,169 | -6.9% |
| 1978 | 597,538 | 108,365 | 149,696 | 106,422 | 98,094 | 44,139 | 804,000 | 66,336 | 1,974,590 | 27.5% |
| 1979 | 803,229 | 170,013 | 98,600 | 115,775 | 88,594 | 27,053 | 592,000 | 77,949 | 1,973,213 | -0.1% |
| 1980 | 517,143 | 144,039 | 118,956 | 150,060 | 52,897 | 25,831 | 440,000 | 58,307 | 1,507,233 | -23.6% |
| 1981 | 446,677 | 88,314 | 78,134 | 111,697 | 29,272 | 18,739 | 624,000 | 72,202 | 1,469,035 | -2.5% |
| 1982 | 525,000 | 21,576 | 63,601 | 89,994 | 20,595 | 22,806 | 630,000 | 67,805 | 1,441,377 | -1.9% |
| 1983 | 600,000 | 38,030 | 75,000 | 74,716 | 14,903 | 16,744 | 553,000 | 75,000 | 1,447,393 | 0.4% |
| 1984 | 822,000 | 28,045 | 80,000 | 98,925 | 12,184 | 18,644 | 624,000 | 82,000 | 1,765,798 | 22.0% |
| 1985 | 911,000 | 28,771 | 95,000 | 115,840 | 20,651 | 24,514 | 675,000 | 125,000 | 1,995,776 | 13.0% |
| 1986 | 890,000 | 30,566 | 97,000 | 103,506 | 15,793 | 22,619 | 691,000 | 110,000 | 1,960,484 | -1.8% |
| 1987 | 800,000 | 23,773 | 81,000 | 108,000 | 9,157 | 15,387 | 868,000 | 65,000 | 1,970,317 | 0.5% |
| 1988 | 775,000 | 34,466 | 122,000 | 112,335 | 21,895 | 18,680 | 987,000 | 96,000 | 2,167,376 | 10.0% |
| 1989 | 790,000 | 91,919 | 97,000 | 125,195 | 36,330 | 20,319 | 1,061,000 | 135,000 | 2,356,763 | 8.7% |
| 1990 | 720,000 | 105,261 | 86,000 | 125,613 | 13,857 | 22,087 | 1,150,000 | 160,000 | 2,382,818 | 1.1% |
| 1991 | 700,000 | 126,931 | 48,000 | 126,931 | 4,115 | 19,500 | 1,290,000 | 125,000 | 2,440,477 | 2.4% |
| 1992 | 730,000 | 105,000 | 75,000 | 126,000 | 11,574 | 20,576 | 1,318,000 | 130,000 | 2,516,150 | 3.1% |
| 1993 | 830,000 | 100,000 | 81,000 | 129,000 | 7,500 | 24,000 | 1,400,000 | 105,000 | 2,676,500 | 6.4% |
| 1994 | 880,000 | 106,000 | 63,000 | 139,000 | 8,000 | 25,000 | 34,000 | 100,000 | 1,355,000 | -49.4% |
| 1995 | 1,000,000 | 110,000 | 75,000 | 145,000 | 17,000 | 25,000 | 63,000 | 110,000 | 1,545,000 | 14.0% |
| 1996 | 1,100,000 | 113,000 | 88,000 | 146,000 | 17,000 | 25,000 | 70,000 | 115,000 | 1,674,000 | 8.3% |
| 1997 | 1,050,000 | 109,000 | 92,000 | 159,000 | 17,000 | 27,000 | 100,000 | 130,000 | 1,684,000 | 0.6% |
| 1998 | 1,100,000 | 109,000 | 94,000 | 167,000 | 17,000 | 29,000 | 140,000 | 140,000 | 1,796,000 | 6.7% |
| 1999 | 1,175,000 | 113,000 | 96,000 | 175,000 | 19,000 | 30,000 | 150,000 | 145,000 | 1,903,000 | 6.0% |
| 2000 | 1,200,000 | 117,000 | 100,000 | 140,000 | 20,000 | 31,000 | 200,000 | 155,000 | 1,963,000 | 3.2% |
| 2001 | 1,100,000 | 115,000 | 80,000 | 108,000 | 30,000 | 32,000 | 120,000 | 125,000 | 1,710,000 | -12.9% |
| 2002 | 1,000,000 | 120,000 | 100,000 | 95,000 | 20,000 | 32,000 | 130,000 | 135,000 | 1,632,000 | -4.6% |
| 2003 | 975,000 | 122,000 | 103,000 | 90,000 | 18,000 | 32,000 | 120,000 | 135,000 | 1,595,000 | -2.3% |
| 2004 | 1,000,000 | 125,000 | 107,000 | 85,000 | 20,000 | 33,000 | 100,000 | 142,000 | 1,612,000 | 1.1% |
| 2005 | 1,010,000 | 130,000 | 110,000 | 85,000 | 20,000 | 33,000 | 80,000 | 155,000 | 1,623,000 | 0.7% |
| 2006 | 920,000 | 132,000 | 112,000 | 85,000 | 23,000 | 34,000 | 75,000 | 150,000 | 1,531,000 | -5.7% |
| 2007 | 850,000 | 135,000 | 115,000 | 80,000 | 23,500 | 35,000 | 62,000 | 130,000 | 1,430,500 | -6.6% |
| 2008 | 620,000 | 150,000 | 125,000 | 60,000 | 24,000 | 35,750 | 59,000 | 132,000 | 1,205,750 | -15.7% |
| 2009 | 420,000 | 135,000 | 112,000 | 45,000 | 20,000 | 32,000 | 60,000 | 128,000 | 952,000 | -21.0% |
| 2010 | 475,000 | 140,000 | 130,000 | 35,000 | 23,000 | 31,000 | 65,000 | 131,000 | 1,030,000 | 8.2% |
| 2011 | 546,250 | 145,000 | 135,000 | 36,000 | 25,000 | 28,000 | 60,000 | 135,000 | 1,110,250 | 7.8% |
| 2012 | 589,950 | 147,000 | 136,000 | 37,000 | 26,000 | 25,000 | 62,000 | 135,000 | 1,157,950 | 4.3% |
| 2013p | 637,146 | 147,000 | 136,000 | 35,000 | 25,000 | 25,000 | 60,000 | 135,000 | 1,200,146 | 3.6% |

**Notes: Petroleum and glass industry demand was included in chemical industry figures prior to 1959.**
**Estimates for 1985 and subsequent years for the automotive and some other industries are**
**CPM Group estimates based on Bureau of Mines statistics prior to revisions made in 1987.**
**Sources:  U.S. Bureau of Mines, CPM Group.**



**Annual Platinum U.S. Demand**
*Annual, Through 2013*



**United States Platinum Market**
*Annual, through 2012*

12

**Platinum Fabrication Demand Statistics - Comparison Table**

**Thousand Troy Ounces**

| Year | CPM Group | Johnson Matthey | Difference |
|------|-----------|-----------------|------------|
| 1970 | 679 | | N/A |
| 1971 | 807 | | N/A |
| 1972 | 1,254 | | N/A |
| 1973 | 1,533 | | N/A |
| 1974 | 1,760 | | N/A |
| 1975 | 1,737 | 700 | 1,037 |
| 1976 | 1,664 | 740 | 924 |
| 1977 | 1,549 | 790 | 759 |
| 1978 | 1,975 | 960 | 1,015 |
| 1979 | 1,973 | 1,340 | 633 |
| 1980 | 1,507 | 980 | 527 |
| 1981 | 1,469 | 700 | 769 |
| 1982 | 1,441 | 710 | 731 |
| 1983 | 1,447 | 720 | 727 |
| 1984 | 1,766 | 910 | 856 |
| 1985 | 1,996 | 1,010 | 986 |
| 1986 | 1,960 | 1,190 | 770 |
| 1987 | 1,970 | 900 | 1,070 |
| 1988 | 2,167 | 865 | 1,302 |
| 1989 | 2,357 | 895 | 1,462 |
| 1990 | 2,383 | 790 | 1,593 |
| 1991 | 2,440 | 815 | 1,625 |
| 1992 | 2,516 | 705 | 1,811 |
| 1993 | 2,677 | 760 | 1,917 |
| 1994 | 1,355 | 940 | 415 |
| 1995 | 1,545 | 1,015 | 530 |
| 1996 | 1,674 | 1,180 | 494 |
| 1997 | 1,684 | 1,250 | 434 |
| 1998 | 1,796 | 1,325 | 471 |
| 1999 | 1,903 | 1,080 | 823 |
| 2000 | 1,963 | 1,575 | 388 |
| 2001 | 1,710 | 1,665 | 45 |
| 2002 | 1,632 | 1,460 | 172 |
| 2003 | 1,595 | 1,625 | -30 |
| 2004 | 1,612 | 1,525 | 87 |
| 2005 | 1,623 | 1,585 | 38 |
| 2006 | 1,531 | 1,440 | 91 |
| 2007 | 1,431 | 1,525 | -95 |
| 2008 | 1,206 | 1,145 | 61 |
| 2009 | 952 | 860 | 92 |
| 2010 | 1,030 | 1,400 | -370 |
| 2011 | 1,110 | 930 | 180 |
| 2012 | 1,158 | 1,080 | 78 |
| **Cumulative** | | | **24,419** |

**Notes: Johnson Matthey statistics are for North America. Johnson Matthey statistics include investment while CPM Group statistics exclude investment. 'Difference' is CPM Group statistics less Johnson Matthey statistics.**
**Sources: CPM Group, Johnson Matthey**

13



**United States Platinum Market**
*Annual, through 2012*

**Thousand Ounces**

Net Platinum Supply/Apparent Demand
CPM Group: Demand, excluding Investment
Johnson Matthey: Demand, including Investment

Note: Johnson Matthey statistics are for North America.

14

**U.S. Platinum Market**

*Troy Ounces*

| Class Period: | 17 October 2007 - 6 June 2008 | | |
|---|---|---|---|
| | **2007** | **2008** | **Total** |
| Gross Imports | 364,487 | 793,742 | 1,158,229 |
| Gross Exports | 273,800 | 380329.8 | 654,130 |
| Net Trade | 90,687 | 413,413 | 504,099 |
| | | | |
| Mine Production | 42,985 | 101,323 | 144,309 |
| Secondary Supply | 125,863 | 245,158 | 371,021 |
| | | | |
| Net Supply/Apparent Demand | 259,535 | 759,894 | 1,019,429 |
| | | | |
| Fabrication Demand | 297,858 | 520,515 | 818,373 |
| | | | |
| Implied Net Investment | | | |
| Demand | -38,322 | 239,379 | 201,056 |
| | | | |
| % of Year | -15.5% | 55.1% | 29.5% |
| | | | |
| Reported Investment Purchases | | | |
| | | | |
| U.S. Mint | | | |
| American Eagle Bullion Coin | 3,234 | 1,160 | 4,394 |
| American Eagle Proof Coin | 2,030 | 4,492 | 6,521 |
| Total | 5,263 | 5,652 | 10,915 |
| % of Implied Net Investment | | | |
| Demand | -13.7% | 2.4% | 5.4% |

**Notes: Monthly and annual data used to estimate metal flows during the class action period are prorated. The class period, which adds up to 234 days, represents 32.0% of the cumulative number of days in 2007 and 2008.**

**Source: GTIS, USGS, U.S. Mint, CPM Group**

15

## U.S. Palladium Market Estimates

**Historical U.S. Palladium Demand**
**Troy Ounces**

| Year | Electronics | Dental and Medical | Automotive | Chemical | Petroleum | Jewelry and Decorative | Glass | Other | Total | Percent Change in Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1955 | 250,714 | | - | 36,246 | - | 28,673 | | 7,221 | 322,854 | |
| 1956 | 304,990 | | - | 31,449 | - | 25,447 | | 7,761 | 369,647 | 14.5% |
| 1957 | 285,576 | | - | 25,936 | - | 21,257 | | 5,387 | 338,156 | -8.5% |
| 1958 | 238,815 | | - | 93,215 | - | 25,129 | | 1,802 | 358,961 | 6.2% |
| 1959 | 374,080 | | - | 42,394 | 603 | 34,113 | | 5,590 | 456,780 | 27.3% |
| 1960 | 271,560 | | - | 73,854 | 5,300 | 23,336 | 6 | 1,552 | 375,608 | -17.8% |
| 1961 | 353,010 | | - | 90,533 | 449 | 14,354 | 5 | 2,461 | 460,812 | 22.7% |
| 1962 | 327,788 | | - | 110,518 | 961 | 12,975 | 124 | 12,595 | 464,961 | 0.9% |
| 1963 | 331,868 | | - | 118,757 | 16,008 | 13,880 | 20 | 3,054 | 483,587 | 4.0% |
| 1964 | 350,889 | | - | 117,102 | 41,887 | 20,886 | 110 | 10,665 | 541,539 | 12.0% |
| 1965 | 430,384 | | - | 156,796 | 37,001 | 18,203 | 1,402 | 23,107 | 666,893 | 23.1% |
| 1966 | 531,545 | | - | 221,559 | 28,760 | 32,215 | 1,011 | 12,020 | 827,110 | 24.0% |
| 1967 | 324,684 | | - | 192,011 | 3,506 | 18,676 | 301 | 25,878 | 565,056 | -31.7% |
| 1968 | 329,012 | | - | 228,318 | 22,683 | 17,797 | 10 | 62,023 | 659,843 | 16.8% |
| 1969 | 430,258 | | - | 214,508 | 1,337 | 21,837 | 3,891 | 34,581 | 706,412 | 7.1% |
| 1970 | 429,032 | | - | 184,618 | 15,494 | 17,329 | 21,147 | 24,140 | 691,760 | -2.1% |
| 1971 | 431,505 | | - | 218,651 | 2,916 | 18,752 | 237 | 26,451 | 698,512 | 1.0% |
| 1972 | 425,081 | | - | 292,710 | 14,499 | 19,375 | 2,250 | 27,835 | 781,750 | 11.9% |
| 1973 | 524,056 | | - | 259,959 | 3,761 | 23,052 | 1,439 | 65,157 | 877,424 | 12.2% |
| 1974 | 390,237 | | 150,000 | 163,205 | 14,877 | 21,701 | 9,549 | 12,420 | 761,989 | -13.2% |
| 1975 | 132,247 | | 97,000 | 142,975 | 2,255 | 23,026 | 17,633 | 11,942 | 427,078 | -44.0% |
| 1976 | 152,312 | 139,000 | 194,496 | 128,229 | 7,291 | 5,700 | 2,989 | 26,766 | 656,783 | 53.8% |
| 1977 | 223,748 | 112,000 | 125,010 | 161,234 | 8,507 | 15,567 | 907 | 53,023 | 699,996 | 6.6% |
| 1978 | 286,574 | 206,000 | 198,809 | 146,352 | 18,909 | 12,570 | 2,757 | 45,645 | 917,616 | 31.1% |
| 1979 | 392,372 | 244,000 | 222,156 | 199,743 | 24,588 | 11,766 | 1,729 | 36,640 | 1,132,994 | 23.5% |
| 1980 | 312,778 | 244,000 | 176,518 | 119,905 | 22,013 | 13,491 | 1,155 | 21,828 | 911,688 | -19.5% |
| 1981 | 345,365 | 255,000 | 129,214 | 90,272 | 20,877 | 14,772 | 2,922 | 30,650 | 889,072 | -2.5% |
| 1982 | 312,372 | 311,000 | 118,445 | 128,778 | 20,845 | 7,866 | 213 | 27,031 | 926,550 | 4.2% |
| 1983 | 250,059 | 344,000 | 172,050 | 39,892 | 49,870 | 6,711 | 146 | 59,582 | 922,310 | -0.5% |
| 1984 | 389,070 | 347,000 | 286,000 | 78,600 | 92,134 | 5,884 | 10 | 57,134 | 1,255,832 | 36.2% |
| 1985 | 300,677 | 339,000 | 295,000 | 63,236 | 80,940 | 7,982 | - | 87,970 | 1,174,805 | -6.5% |
| 1986 | 316,390 | 402,000 | 270,000 | 44,485 | 60,959 | 6,521 | - | 61,182 | 1,161,537 | -1.1% |
| 1987 | 318,301 | 334,000 | 250,000 | 34,682 | 41,344 | 7,099 | - | 100,239 | 1,085,665 | -6.5% |
| 1988 | 419,534 | 213,000 | 245,000 | 65,000 | 46,233 | 6,302 | 354 | 133,618 | 1,129,041 | 4.0% |
| 1989 | 557,879 | 271,000 | 255,000 | 61,826 | 81,759 | 5,755 | 5,819 | 121,723 | 1,360,761 | 20.5% |
| 1990 | 578,616 | 197,000 | 230,000 | 76,165 | 47,840 | 5,691 | 11,124 | 116,128 | 1,262,564 | -7.2% |
| 1991 | 414,840 | 157,000 | 219,000 | 46,779 | 35,402 | 10,610 | - | 107,448 | 991,078 | -21.5% |
| 1992 | 424,293 | 166,000 | 252,000 | 61,569 | 24,113 | 30,000 | 4,051 | 115,228 | 1,077,254 | 8.7% |
| 1993 | 475,000 | 183,000 | 290,000 | 70,000 | 24,000 | 40,000 | 4,500 | 105,000 | 1,191,500 | 10.6% |
| 1994 | 523,000 | 193,000 | 460,000 | 77,000 | 28,000 | 42,000 | - | 115,000 | 1,438,000 | 20.7% |
| 1995 | 586,000 | 198,000 | 700,000 | 77,000 | 28,000 | 46,000 | - | 118,000 | 1,753,000 | 21.9% |
| 1996 | 568,000 | 202,000 | 900,000 | 79,000 | 29,000 | 48,000 | - | 120,000 | 1,946,000 | 11.0% |
| 1997 | 643,000 | 205,000 | 1,000,000 | 78,000 | 28,000 | 52,000 | - | 122,000 | 2,128,000 | 9.4% |
| 1998 | 650,000 | 205,000 | 1,300,000 | 80,000 | 26,000 | 52,000 | - | 122,000 | 2,435,000 | 14.4% |
| 1999 | 680,000 | 195,000 | 1,400,000 | 81,000 | 25,000 | 54,000 | - | 118,000 | 2,553,000 | 4.8% |
| 2000 | 620,000 | 120,000 | 1,000,000 | 68,774 | 21,226 | 45,000 | - | 115,000 | 1,990,000 | -22.1% |
| 2001 | 175,000 | 118,000 | 900,000 | 69,000 | 23,000 | 46,000 | - | 115,000 | 1,446,000 | -27.3% |
| 2002 | 202,000 | 122,000 | 910,000 | 70,000 | 24,000 | 48,000 | - | 120,000 | 1,496,000 | 3.5% |
| 2003 | 210,000 | 150,000 | 900,000 | 72,000 | 25,000 | 48,000 | - | 120,000 | 1,525,000 | 1.9% |
| 2004 | 240,000 | 190,000 | 1,200,000 | 76,000 | 26,000 | 49,000 | - | 122,000 | 1,903,000 | 24.8% |
| 2005 | 270,000 | 225,000 | 1,450,000 | 79,500 | 27,500 | 50,000 | - | 125,000 | 2,227,000 | 17.0% |
| 2006 | 300,000 | 235,000 | 1,550,000 | 85,500 | 29,500 | 60,000 | - | 130,000 | 2,390,000 | 7.3% |
| 2007 | 310,000 | 240,000 | 1,600,000 | 89,250 | 35,000 | 65,000 | - | 133,000 | 2,472,250 | 3.4% |
| 2008 | 280,000 | 240,000 | 1,300,000 | 94,000 | 37,500 | 68,000 | - | 135,000 | 2,154,500 | -12.9% |
| 2009 | 235,000 | 245,000 | 1,000,000 | 100,000 | 40,000 | 75,000 | - | 120,000 | 1,815,000 | -15.8% |
| 2010 | 245,000 | 244,000 | 1,300,000 | 83,000 | 32,000 | 76,000 | - | 125,000 | 2,105,000 | 16.0% |
| 2011 | 247,000 | 240,000 | 1,450,000 | 93,000 | 37,000 | 72,000 | - | 130,000 | 2,269,000 | 7.8% |
| 2012e | 245,000 | 235,000 | 1,631,250 | 97,000 | 40,000 | 70,000 | - | 132,000 | 2,450,250 | 8.0% |
| 2013p | 240,000 | 230,000 | 1,720,969 | 99,124 | 40,876 | 69,000 | - | 134,000 | 2,533,969 | 3.4% |

**Notes:  Petroleum consumption was included in chemical prior to 1959;**
**glass industry was included in chemical prior to 1960.**
**Source: U.S. Bureau of Mines, CPM Group.**

16



Annual Palladium U.S. Demand
Projected Through 2013

**United States' Palladium National Metal Account**
**Thousand Troy Ounces**

| Year | Trade Imports | Exports | Net Trade | Mine Production | Secondary Recovery | Net Palladium Supply/ Apparent Demand | Fabrication Demand | Implied Investment Demand |
|------|---------|---------|-----------|-----------------|--------------------|---------------------------------------|--------------------|---------------------------|
| 1970 | 774 | -143 | 631 | -- | 209 | 839 | 679 | 160 |
| 1971 | 663 | -84 | 580 | -- | 161 | 741 | 807 | -66 |
| 1972 | 902 | -122 | 780 | -- | 163 | 943 | 1,254 | -311 |
| 1973 | 1,154 | -188 | 966 | -- | 150 | 1,116 | 1,533 | -417 |
| 1974 | 1,338 | -361 | 977 | -- | 213 | 1,190 | 1,760 | -570 |
| 1975 | 554 | -283 | 271 | -- | 150 | 420 | 1,737 | -1,316 |
| 1976 | 1,123 | -187 | 937 | 5 | 135 | 1,077 | 1,664 | -587 |
| 1977 | 1,152 | -137 | 1,014 | 5 | 134 | 1,153 | 1,549 | -396 |
| 1978 | 1,224 | -357 | 867 | 8 | 166 | 1,042 | 1,975 | -933 |
| 1979 | 1,504 | -503 | 1,002 | 7 | 221 | 1,229 | 1,973 | -744 |
| 1980 | 1,317 | -302 | 1,014 | 2 | 162 | 1,179 | 1,507 | -328 |
| 1981 | 1,231 | -260 | 971 | 6 | 186 | 1,162 | 1,469 | -307 |
| 1982 | 1,100 | -263 | 837 | 8 | 139 | 984 | 1,441 | -457 |
| 1983 | 1,332 | -261 | 1,071 | 7 | 178 | 1,256 | 1,447 | -192 |
| 1984 | 1,954 | -378 | 1,576 | 18 | 243 | 1,837 | 1,766 | 72 |
| 1985 | 1,481 | -339 | 1,142 | 3 | 201 | 1,347 | 1,996 | -649 |
| 1986 | 1,502 | -278 | 1,224 | 4 | 277 | 1,505 | 1,960 | -455 |
| 1987 | 1,681 | -341 | 1,339 | 92 | 120 | 1,552 | 1,970 | -419 |
| 1988 | 1,700 | -396 | 1,304 | 120 | 114 | 1,538 | 2,167 | -630 |
| 1989 | 1,644 | -472 | 1,172 | 156 | 86 | 1,414 | 2,357 | -943 |
| 1990 | 615 | -211 | 403 | 191 | 118 | 712 | 2,383 | -1,671 |
| 1991 | 1,231 | -320 | 911 | 170 | 121 | 1,202 | 2,440 | -1,238 |
| 1992 | 1,315 | -412 | 903 | 179 | 109 | 1,191 | 2,516 | -1,326 |
| 1993 | 1,897 | -573 | 1,324 | 224 | 111 | 1,658 | 2,677 | -1,018 |
| 1994 | 2,060 | -702 | 1,358 | 213 | 108 | 1,679 | 1,355 | 324 |
| 1995 | 3,037 | -734 | 2,304 | 175 | 114 | 2,593 | 1,545 | 1,048 |
| 1996 | 4,017 | -650 | 3,367 | 202 | 130 | 3,699 | 1,674 | 2,025 |
| 1997 | 3,539 | -1,396 | 2,143 | 277 | 114 | 2,533 | 1,684 | 849 |
| 1998 | 5,132 | -1,793 | 3,339 | 347 | 100 | 3,786 | 1,796 | 1,990 |
| 1999 | 5,338 | -1,601 | 3,738 | 321 | 102 | 4,160 | 1,903 | 2,257 |
| 2000 | 4,940 | -1,896 | 3,044 | 337 | 116 | 3,496 | 1,963 | 1,533 |
| 2001 | 4,649 | -1,589 | 3,060 | 411 | 132 | 3,603 | 1,710 | 1,893 |
| 2002 | 3,042 | -2,254 | 788 | 482 | 177 | 1,446 | 1,632 | -186 |
| 2003 | 2,679 | -1,306 | 1,374 | 460 | 203 | 2,037 | 1,595 | 442 |
| 2004 | 3,403 | -1,768 | 1,635 | 450 | 235 | 2,320 | 1,612 | 708 |
| 2005 | 3,997 | -1,329 | 2,667 | 438 | 299 | 3,404 | 1,623 | 1,781 |
| 2006 | 3,246 | -3,443 | -198 | 473 | 354 | 629 | 1,531 | -902 |
| 2007 | 3,257 | -1,745 | 1,512 | 423 | 428 | 2,363 | 1,431 | 932 |
| 2008 | 3,648 | -1,433 | 2,215 | 394 | 493 | 3,102 | 1,206 | 1,896 |
| 2009 | 2,004 | -1,339 | 666 | 418 | 559 | 1,643 | 952 | 691 |
| 2010 | 2,071 | -1,421 | 650 | 382 | 614 | 1,645 | 1,030 | 615 |
| 2011 | 2,800 | -1,621 | 1,178 | 407 | 649 | 2,234 | 1,110 | 1,124 |
| 2012 | 2,165 | -1,373 | 792 | 404 | 674 | 1,870 | 1,158 | 712 |
| Cumulative | | | | | | 76,532 | | 4,994 |

Notes: Trade data refers only to HS code 711021 - "palladium, unwrought or powder" since 1990. Prior to 1990, USGS reported data is used, which includes waste and scrap material. Negative figure indicates metal leaving the country. Mine Production refers to metal content in concentrates, which are presumed to be refined domestically. 'Secondary Recovery' is USGS' published estimates of non toll-refined recovery in 1990. Subsequent years are estimated by CPM Group.
Sources: United States Geological Survey, U.S. Bureau of Mines, GTIS, CPM Group



**Palladium Fabrication Demand Statistics - Comparison Table**
**Thousand Troy Ounces**

| Year | CPM Group | Johnson Matthey | Difference |
|------|-----------|-----------------|------------|
| 1970 | 692 | | N/A |
| 1971 | 699 | | N/A |
| 1972 | 782 | | N/A |
| 1973 | 877 | | N/A |
| 1974 | 762 | | N/A |
| 1975 | 427 | | N/A |
| 1976 | 657 | | N/A |
| 1977 | 700 | | N/A |
| 1978 | 918 | | N/A |
| 1979 | 1,133 | | N/A |
| 1980 | 912 | 840 | 72 |
| 1981 | 889 | 820 | 69 |
| 1982 | 927 | 860 | 67 |
| 1983 | 922 | 830 | 92 |
| 1984 | 1,256 | 990 | 266 |
| 1985 | 1,175 | 940 | 235 |
| 1986 | 1,162 | 965 | 197 |
| 1987 | 1,086 | 1,035 | 51 |
| 1988 | 1,129 | 1,020 | 109 |
| 1989 | 1,361 | 1,070 | 291 |
| 1990 | 1,263 | 1,080 | 183 |
| 1991 | 991 | 1,095 | -104 |
| 1992 | 1,077 | 1,550 | -473 |
| 1993 | 1,192 | 1,295 | -104 |
| 1994 | 1,438 | 1,430 | 8 |
| 1995 | 1,753 | 1,960 | -207 |
| 1996 | 1,946 | 2,185 | -239 |
| 1997 | 2,128 | 2,675 | -547 |
| 1998 | 2,435 | 3,690 | -1,255 |
| 1999 | 2,553 | 4,255 | -1,702 |
| 2000 | 1,990 | 3,600 | -1,610 |
| 2001 | 1,446 | 2,915 | -1,469 |
| 2002 | 1,496 | 1,195 | 301 |
| 2003 | 1,525 | 1,820 | -295 |
| 2004 | 1,903 | 2,190 | -287 |
| 2005 | 2,227 | 2,465 | -238 |
| 2006 | 2,390 | 2,115 | 275 |
| 2007 | 2,472 | 2,295 | 177 |
| 2008 | 2,155 | 1,915 | 240 |
| 2009 | 1,815 | 1,670 | 145 |
| 2010 | 2,105 | 3,010 | -905 |
| 2011 | 2,269 | 1,550 | 719 |
| 2012 | 2,450 | 2,650 | -200 |
| **Cumulative** | | | **-6,139** |

include investment while CPM Group statistics exclude investment. 'Difference' is
CPM Group statistics less Johnson Matthey statistics.
**Sources: CPM Group, Johnson Matthey**



**United States Palladium Market**
*Annual, through 2012*

**Thousand Ounces**

Net Palladium Supply/Apparent Demand
CPM Group: Demand, excluding Investment
Johnson Matthey: Demand, including Investment

Note: Johnson Matthey statistics are for North America.

**U.S. Palladium Market**

*Troy Ounces*

**for the Class Period:**          **17 October 2007 – 6 June 2008**

| | 2007 | 2008 | Total |
|---|---|---|---|
| **Gross Imports** | 679,733 | 1,467,487 | 2,147,220 |
| **Gross Exports** | 322,799 | 731292.6 | 1,054,091 |
| **Net Trade** | 356,934 | 736,194 | 1,093,128 |
| **Mine Production** | 88,077 | 170,087 | 258,164 |
| **Secondary Supply** | 163,068 | 389,186 | 552,254 |
| **Net Supply/Apparent Demand** | 608,079 | 1,295,468 | 1,903,547 |
| **Fabrication Demand** | 311,496 | 658,333 | 969,829 |
| **Implied Net Investment Demand** | 296,583 | 637,134 | 933,718 |
| **% of Year** | 24.3% | 32.1% | 29.1% |

**Notes: Monthly and annual data used to estimate metal flows during
the class action period are prorated. The class period, which adds up
to 234 days, represents 32.0% of the cumulative number of days in
2007 and 2008.**
**Source: GTIS, USGS, CPM Group**

**Platinum Prices: Summary Table**

**Correlation between Nymex Platinum Prices and Other Platinum Prices Over Select Periods**

|  | Class Period | Long-Term Comparison |
|---|---|---|
|  | 17-October-2007 to 6-June-2008 | 1-February-2001 to 16-August-2013 |
| **Johnson Matthey** | 96% | 87% |
| **BASF** | 78% | 75% |
| **London afternoon Fix** | 75% | 72% |
| **London morning Fix** | 55% | 51% |

**Notes: Correlations are between the daily changes in the Nymex platinum settlement price and the daily changes in the platinum price as quoted by Johnson Matthey, BASF, and the London Fix.**
**BASF prices are U.S. Engelhard Industrial Bullion prices.**
**Sources: CPM Group, Bloomberg**

## Platinum Prices: Charts for Period under Review





24





25



**Platinum Prices**

**Daily Data, 17 October 2007 to 6 June 2008**

**Platinum Price Charts**











**Platinum Prices**

**Daily Data, Through 16 August 2013**

## Palladium Prices: Summary Table

**Correlation between Nymex Palladium Prices and Other Palladium Prices Over Select Periods**

|  | Class Period | Long-Term Comparison |
|---|---|---|
|  | 17-October-2007 to 6-June-2008 | 1-February-2001 to 16-August-2013 |
| **Johnson Matthey** | 91% | 84% |
| **BASF** | 70% | 69% |
| **London afternoon Fix** | 69% | 67% |
| **London morning Fix** | 52% | 48% |

**Notes: Correlations are between the daily changes in the Nymex palladium settlement price and the daily changes in the palladium prices as quoted by of Johnson Matthey, BASF, and the London Fixes.**
**BASF prices are U.S. Engelhard Industrial Bullion prices.**
**Source: CPM Group, Bloomberg**

**Palladium Prices: Charts for Period under Review**











## Palladium Price Charts











Palladium Prices

Daily Data, Through 16 August 2013