# LOVELL STEWART HALEBIAN JACOBSON LLP

61 Broadway, Suite 501
New York, New York 10006
www.lshllp.com

MEMO ENDORSED

TELEPHONE
212.608.1900

Facsimile
212.719.4775

January 15, 2015

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/15

**BY ECF AND U.S. MAIL**

Honorable William H. Pauley III
United States District Court Judge
500 Pearl Street, Room 2210
New York, New York 10007-1312

Re:   In Re: Platinum and Palladium Commodities Litig., 10-cv-3617 (WHP) (S.D.N.Y.)

Dear Judge Pauley:

As an attorney for the Futures Plaintiffs ("Plaintiffs"), I am respectfully submitting this letter to report that, pursuant to instructions from Your Honor's chambers yesterday morning, Plaintiffs have conferred with counsel for the Defendants and counsel for the Physical Plaintiffs and can now report that the parties are available on February 20, 2015, at any time convenient for the Court, should the Court wish to adjourn the fairness hearing currently scheduled for February 13, 2015. In the event the fairness hearing is adjourned, Plaintiffs will promptly update the settlement website in order to advise Class members of the new date and time of the hearing.

Also, pursuant to Section IV.A of Your Honor's Individual Practices, Plaintiffs provide herewith courtesy copies of the following documents filed this morning and this afternoon:

1. Notice of Motion for Final Approval of Moore Settlement
2. Futures Plaintiffs' Memorandum In Support Of Motion For Final Approval Of Class Action Settlement With The Moore Defendants And Defendant Joseph Welsh
3. Exhibit A to Plaintiffs' Memorandum (Releases and Covenant Not to Sue)
4. Declaration of Christopher M. McGrath in Support of Motions for Final Approval of Settlements
5. Declaration of Jerry W. Markham In Support Of Proposed Class Settlements
6. Declaration of Eric J. Miller On Behalf Of A.B. Data, Ltd. Regarding Notice And Claims Administration
7. Notice of Motion For Final Approval Of MF Global Class Action Settlement
8. Futures Plaintiffs' Memorandum In Support Of Motion For Final Approval Of MF Global Class Action Settlement
9. Declaration Of Eric J. Miller On Behalf Of A.B. Data, Ltd. Regarding Notice And Claims Administration
10. Notice of Motion For An Award Of Attorneys' Fees And Reimbursement Of Expenses
11. Class Counsel's Memorandum Of Law In Support Of Petition For An Award Of Attorneys' Fees And Reimbursement Of Expenses

Page 2 of 2
Honorable William H. Pauley III
January 15, 2015

    12. Declaration Of Christopher M. McGrath In Support Of Class Counsel's Petition for An Award of Attorneys' Fees and Reimbursement Of Expenses
    13. Declaration of Vincent Briganti in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Expenses
    14. Declaration Of Edward W. Cochran In Support Of Lead Counsel's Motion For An Award Of Attorneys' Fees And Reimbursement Of Expenses

    The foregoing documents were filed via ECF between approximately four and one-half and thirteen hours after the January 14, 2015 deadline. This occurred as a result of counsel working to shorten the three above filed memoranda of law to fit within the Court's 25-page limit. Plaintiffs respectfully request that the Court allow Plaintiffs this limited extension in the time to file the above submissions.

    Thank you very much.

                                        Respectfully submitted,
                                        /s/ Christopher Lovell
                                        Christopher Lovell

Enclosures (by mail)

cc:    Counsel of Record (by ECF)

*Application granted.*

**SO ORDERED:**

*[signature]* 1/16/15
**WILLIAM H. PAULEY III U.S.D.J.**