UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
                                :
IN RE: PLATINUM AND PALLADIUM   :    10cv3617
COMMODITIES LITIGATION          :
                                :    ORDER
-------------------------------X
                                :
THIS DOCUMENT RELATES TO:       :
                                :
ALL ACTIONS                     :
                                :
-------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/15

WILLIAM H. PAULEY III, District Judge:

        The fairness hearing currently scheduled for February 13, 2015 is adjourned and rescheduled for February 27, 2015 at 11:00 a.m.

Dated: January 21, 2015
      New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                              U.S.D.J.

*All Counsel of Record*