UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Platinum And Palladium Commodities Litigation<br><br>This Document Relates to:<br><br>Platinum/Palladium Physical Action | Master File No. 10 Civ. 3617-WHP<br><br>MOTION TO ADMIT COUNSEL, CHRISTOPHER CANTRELL, *PRO HAC VICE* |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Christopher J. Gray, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| applicant's name: | Christopher Cantrell, Esq. |
| firm name: | Doyle Lowther LLP |
| address: | 10200 Willow Creek Road, Suite 150 |
| city/state/zip: | San Diego, CA 92131 |
| phone number: | (858) 935-9960 |
| fax number: | (858) 939-1939 |

Christopher Cantrell is a member in good standing of the bar of the State of California and hereby seeks admission as attorney *pro hac vice* to argue or try this case in

whole or in part as counsel. There are no pending disciplinary proceedings against Christopher Cantrell, applicant, in any state or federal court.

Dated:   New York, New York
         February 5, 2015

> LAW OFFICE OF
> CHRISTOPHER J. GRAY, P.C.
>
> By: _____
> Christopher J. Gray
> 360 Lexington Avenue, 14th Floor
> New York, New York 10017
> (212) 838-3221
> (212) 937-3139 (fax)
> Chris@investorlawyers.net
>
> *Counsel for Physical Purchaser Plaintiffs*