UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Platinum And Palladium Commodities Litigation | Master File No. 10 Civ. 3617-WHP |
| This Document Relates to: <br><br> Platinum/Palladium Physical Action | AFFIDAVIT OF CHRISTOPHER J. GRAY IN SUPPORT OF MOTION TO ADMIT CHRISTOPHER CANTRELL *PRO HAC VICE* |
| | **JURY TRIAL DEMANDED** |

COUNTY OF NEW YORK )
                    ) ss.
STATE OF NEW YORK )

CHRISTOPHER J. GRAY, being first duly sworn, states:

1.       I am a principal of Law Office of Christopher J. Gray P.C. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of plaintiffs' motion to admit Christopher Cantrell as counsel *pro hac vice* to represent plaintiffs in this matter.

2.       I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1997. I also am admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.       I have known Christopher Cantrell since 2015.

4.       Christopher Cantrell is an associate with the Doyle Lowther LLP law firm in San Diego, California.

5.       I am advised that Mr. Cantrell is experienced in Federal practice, is familiar with the Federal Rules of Civil Procedure, and has extensive experience litigating complex class action cases. A Certificate of Standing from the State Bar of California that Mr. Cantrell has provided me with is annexed hereto as Exhibit 1.

6.       Accordingly, I am pleased to move the admission of Christopher Cantrell, *pro hac vice*.

7.       I respectfully submit a proposed order granting the admission of Christopher Cantrell, *pro hac vice*, which is attached as Exhibit 2.

2

WHEREFORE, it is respectfully requested that the motion to admit Christopher

Cantrell *pro hac vice*, to represent plaintiffs in the above captioned matter, be granted.

Executed this 5TH day of February 2015 at New York, New York.

CHRISTOPHER J. GRAY

Subscribed and sworn to (or affirmed) before me, this 5th day of February 2015, by
Christopher J. Gray, personally known to me or proved to me on the basis of satisfactory
evidence to be the person who appeared before me.

Signature:

**MICHAEL ALEJANDRO**
**Notary Public, State of New York**
**Qualified in Kings County**
**Lic. #01AL6240260**
**Commission Expires May 2, 2015**

3

# EXHIBIT 1

# THE STATE BAR
# OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617                    TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

January 13, 2015

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, CHRISTOPHER W. CANTRELL, #290874 was admitted to the practice of law in this state by the Supreme Court of California on July 12, 2013; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Membership Records

# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Platinum And Palladium Commodities Litigation | Master File No. 10 Civ. 3617-WHP |
| This Document Relates to: | ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION |
| Platinum/Palladium Physical Action | |

Upon the motion of Christopher J. Gray, attorney for plaintiffs and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED Christopher Cantrell of Doyle Lowther LLP, 10200 Willow Creek Road, Suite 150, San Diego, California, telephone number 858-935-9960, fax number 858-939-1939, email address ccantrell@doylelowther.com, is hereby admitted to practice *pro hac vice* as counsel for plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

DATED: _____

THE HONORABLE WILLIAM H. PAULEY III
UNITED STATES DISTRICT JUDGE