UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re: Platinum And Palladium Commodities Litigation*<br><br>This Document Relates To:<br><br>Platinum/Palladium Physical Class | MASTER FILE<br>No. 10 Civ. 3617 (WHP)<br><br>**JURY TRIAL DEMANDED**<br><br>[Proposed] Order Granting Physicals Plaintiffs' Unopposed Motion For Page Extension |

   Pursuant to Chambers Rule III C and the Physical Plaintiffs' Unopposed Motion for Page Extension pertaining to the final approval of settlement briefing and with good cause appearing, the motion is GRANTED.

   Physical Plaintiffs' memoranda of law in support of their motion for preliminary approval, ECF No. 257, must not exceed 34 pages, and ECF No. 258, must not exceed 38 pages.

**IT IS SO ORDERED.**

DATED: February 9, 2015

                     _____
                     HON. WILLIAM H. PAULEY, III