# EXHIBIT A

| Year | Firm Name | Location | Partner Billing Rate (High) | Partner Billing Rate (Average) | Associate Billing Rate (High) | Associate Billing Rate (Average) |
|---|---|---|---|---|---|---|
| 2014 | Cadwalader, Wickersham & Taft | New York, NY | $1,050.00 | $930.00 | $750.00 | $605.00 |
| 2014 | Curtis, Mallet-Prevost, Colt & Mosle | New York, NY | $860.00 | $800.00 | $785.00 | $480.00 |
| 2014 | Davis Polk & Wardwell | New York, NY | $985.00 | $975.00 | $975.00 | $615.00 |
| 2014 | Debevoise & Plimpton | New York, NY | $1,075.00 | $1,055.00 | $760.00 | $490.00 |
| 2014 | Dechert | New York, NY | $1,095.00 | $900.00 | $735.00 | $530.00 |
| 2014 | Dentons | New York, NY | $1,050.00 | $700.00 | $685.00 | $425.00 |
| 2014 | DLA Piper | New York, NY | $1,025.00 | $765.00 | $750.00 | $510.00 |
| 2014 | Fried, Frank, Harris, Shriver & Jacobson | New York, NY | $1,100.00 | $1,000.00 | $760.00 | $595.00 |
| 2014 | Gibson, Dunn & Crutcher | New York, NY | $1,800.00 | $980.00 | $930.00 | $590.00 |
| 2014 | Greenberg Traurig | New York, NY | $955.00 | $763.00 | $570.00 | $470.00 |
| 2014 | Hughes Hubbard & Reed | New York, NY | $995.00 | $890.00 | $675.00 | $555.00 |
| 2014 | Jones Day | New York, NY | $975.00 | $745.00 | $775.00 | $435.00 |
| 2014 | Kasowitz, Benson, Torres & Friedman | New York, NY | $1,195.00 | $835.00 | $625.00 | $340.00 |
| 2014 | Kaye Scholer | New York, NY | $1,250.00 | $860.00 | $795.00 | $597.00 |
| 2014 | Kelley Drye & Warren | New York, NY | $815.00 | $640.00 | $600.00 | $430.00 |
| 2014 | Kramer Levin Naftalis & Frankel | New York, NY | $1,100.00 | $921.00 | $815.00 | $675.00 |
| 2014 | Latham & Watkins | New York, NY | $1,110.00 | $990.00 | $725.00 | $605.00 |
| 2014 | Orrick Herrington & Sutcliffe | New York, NY | $1,095.00 | $845.00 | $375.00 | $560.00 |
| 2014 | Paul Hastings | New York, NY | $900.00 | $815.00 | $755.00 | $540.00 |
| 2014 | Paul, Weiss, Rifkind, Wharton & Garrison | New York, NY | $1,120.00 | $1,040.00 | $735.00 | $678.00 |
| 2014 | Proskauer Rose | New York, NY | $950.00 | $880.00 | $675.00 | $465.00 |
| 2014 | Quinn Emanuel Urquhart & Sullivan | New York, NY | $1,075.00 | $915.00 | $675.00 | $410.00 |
| 2014 | Seward & Kissel | New York, NY | $850.00 | $735.00 | $600.00 | $400.00 |
| 2014 | Skadden, Arps, Slate, Meagher & Flom | New York, NY | $1,150.00 | $1,035.00 | $845.00 | $620.00 |
| 2014 | Stroock & Stroock & Lavan | New York, NY | $1,125.00 | $960.00 | $840.00 | $549.00 |
| 2014 | Weil, Gotshal & Manges | New York, NY | $1,075.00 | $930.00 | $790.00 | $600.00 |
| 2014 | White & Case | New York, NY | $1,050.00 | $875.00 | $1,050.00 | $525.00 |
| 2014 | Willkie Farr & Gallagher | New York, NY | $1,090.00 | $950.00 | $790.00 | $580.00 |
| | | **AVERAGE** | $1,068.39 | $883.18 | $744.29 | $531.21 |