# LOVELL STEWART HALEBIAN JACOBSON LLP

61 Broadway, Suite 501
New York, New York 10006
www.lshllp.com

| Telephone | Facsimile |
|---|---|
| 212.608.1900 | 212.719.4775 |

February 21, 2015

**BY ECF AND U.S. MAIL**

Honorable William H. Pauley III
United States District Court Judge
500 Pearl Street, Room 2210
New York, New York 10007-1312

Re:   *In Re: Platinum and Palladium Commodities Litig.,* 10-cv-3617 (WHP) (S.D.N.Y.)

Dear Judge Pauley:

As an attorney for the Futures Plaintiffs ("Plaintiffs"), I am respectfully submitting this letter pursuant to Section IV.A of Your Honor's Individual Practices in order to provide one courtesy copy of the following documents filed via ECF:

1. Class Counsel's Consolidated Reply Memorandum of Law In Further Support of Petition For An Award of Attorneys' Fees and Reimbursement of Expenses; and

2. Reply Declaration Of Christopher M. McGrath In Further Support Of Class Counsel's Petition for An Award of Attorneys' Fees and Reimbursement Of Expenses

With respect to Plaintiffs' consolidated reply memorandum of law (*see* "1" above), Plaintiffs respectfully request a two (2) page enlargement such that Plaintiffs be allowed to file a twelve page consolidated reply memorandum.

Thank you very much.

Respectfully submitted,

*/s/ Christopher Lovell*

Christopher Lovell

Enclosures (by mail)

cc:   Counsel of Record (by ECF)