# KOBRE & KIM LLP

1919 M STREET, NW
WASHINGTON, DC 20036
WWW.KOBREKIM.COM

TEL +1 202 664 1900
FAX +1 202 664 1920

NEW YORK
LONDON
HONG KONG
WASHINGTON DC
SAN FRANCISCO
MIAMI
CAYMAN ISLANDS
BVI

February 23, 2015

**VIA ECF**

Honorable William H. Pauley III
United States District Court Judge
500 Pearl Street, Room 2210
New York, New York 10007-1312

      **Re:**    *In re: Platinum and Palladium Commodities Litigation*
               No. 10 Civ. 3617 (WHP)

Dear Judge Pauley:

    We represent Defendant Joseph Welsh in the above-referenced matter.

    We write to respectfully request leave to attend the hearing to consider the fairness, reasonableness, and adequacy of the Settlement Agreement on February 27, 2015 at 11:00am EDT via telephone.  Mr. Welsh is not indemnified by his former company; we thus make this request in order to conserve resources.  All parties have consented to this request.

                                                      Sincerely,

                                                      Leanne A. Bortner
                                                      +1 202 664 1935

cc:      All Counsel of Record (via ECF)