# KOBRE & KIM LLP

1919 M STREET, NW
WASHINGTON, DC 20036
WWW.KOBREKIM.COM

TEL +1 202 664 1900
FAX +1 202 664 1920

NEW YORK
LONDON
HONG KONG
WASHINGTON DC
SAN FRANCISCO
MIAMI
CAYMAN ISLANDS
BVI

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/15

February 23, 2015

MEMO ENDORSED

**VIA ECF**

Honorable William H. Pauley III
United States District Court Judge
500 Pearl Street, Room 2210
New York, New York 10007-1312

      Re:    *In re: Platinum and Palladium Commodities Litigation*
               No. 10 Civ. 3617 (WHP)

Dear Judge Pauley:

We represent Defendant Joseph Welsh in the above-referenced matter.

We write to respectfully request leave to attend the hearing to consider the fairness, reasonableness, and adequacy of the Settlement Agreement on February 27, 2015 at 11:00am EDT via telephone. Mr. Welsh is not indemnified by his former company; we thus make this request in order to conserve resources. All parties have consented to this request.

Sincerely,

Leanne A. Bortner
+1 202 664 1935

*Application granted. Counsel is directed to provide this Court with a dial-in.*

cc:     All Counsel of Record (via ECF)

SO ORDERED:

_____  2/25/15
WILLIAM H. PAULEY III
U.S.D.J.