

TEL: 858.935.9960 • FAX: 858.939.1939

TOLL FREE: 888.933.5770

10200 WILLOW CREEK ROAD, SUITE 150

SAN DIEGO, CALIFORNIA 92131

February 27, 2015

VIA ECF

Honorable William H. Pauley III
United States District Court Judge
500 Pearl Street, Room 2210
New York, New York 10007-1312

Re: *In Re: Platinum and Palladium Commodities Litig.*, 10-cv-3617 (WHP) (S.D.N.Y.)

Dear Judge Pauley:

As counsel for the Physical Class in the above-entitled action, and in accordance with the Hearing On Final Approval of Settlements, I hereby submit this letter to provide the Court with (1) a copy of the [Proposed] Final Order and Judgment for Physical Plaintiffs' proposed settlement with the Moore Capital Defendants and Defendant Welsh (Exhibit 1 hereto); and (2) a copy of the [Proposed] Final Order and Judgment for the Physical Plaintiffs' proposed settlement with Defendant MF Global, Inc. (Exhibit 2 hereto).

Physical Plaintiffs provide these proposed final orders in accordance with the Court's instructions; these proposed final orders were previously agreed upon by the parties to the respective Settlements.

Thank you.

Sincerely,

*/s/ John A. Lowther*

John A. Lowther