```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/13/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

*In Re:* Platinum and Palladium Commodities Litigation

This Document Relates To:

Futures Action

MASTER FILE
No. 10 Civ. 3617 (WHP)

---

## [PROPOSED] REVISED SCHEDULING ORDER

WHEREAS, as set forth in Plaintiffs' letter to the Court dated April 10, 2015, the approximately 1,086 large trader Class members listed on Exhibit A hereto[1] ("Affected Large Traders") may not have received mail notice from the Settlement Administrator of Plaintiffs' settlement with the Moore Capital Defendants and Defendant Welsh ("Moore Settlement") and Plaintiffs' settlement with MF Global, Inc. ("MF Global Settlement");

WHEREAS, by letter dated April 10, 2015, Plaintiffs have requested that the Court make a limited extension of certain deadlines set forth in the Court's Order dated October 7, 2014 [Dkt. No. 225] relating to the Moore Settlement; and

WHEREAS, also by letter dated April 10, 2015, Plaintiffs have requested that the Court make a limited extension of certain deadlines set forth in the Court's Order dated November 14, 2014 [Dkt. No. 245] relating to the MF Global Settlement.

**NOTWITHSTANDING ANY PRIOR ORDERS OR JUDGMENTS TO THE CONTRARY, IT IS HEREBY ORDERED THAT** the following deadlines are adjourned as follows:

---

[1] The New York Mercantile Exchange ("NYMEX") has designated the large trader information as Highly Confidential pursuant to the Confidentiality Stipulation and Protective Order entered by the Court on January 10, 2011. Dkt. No. 64. Accordingly, Plaintiffs have respectfully requested leave, pursuant to Section V of this Court's Individual Practices, to file Exhibit A hereto under seal.

1. Affected Large Traders who did not receive actual notice of the Settlements prior to March 30, 2015 shall have until July 27, 2015 in order to submit proof of claim forms to the Settlement Administrator.

2. Affected Large Traders who did not receive actual notice of the Settlements prior to March 30, 2015 and seek any alternative relief shall file and serve any motions, objections or other filings on or before June 1, 2015.

3. The Settlement Administrator shall post this Revised Scheduling Order on the Settlement website. The Settlement Administrator shall also mail notice of the above revised deadlines to the Affected Large Traders.

Dated: New York, New York
       April 13, 2015

                                        _____
                                        WILLIAM H. PAULEY III
                                        United States District Judge