# LOVELL STEWART HALEBIAN JACOBSON LLP

61 Broadway, Suite 501
New York, New York 10006
www.lshllp.com

| Telephone | | Facsimile |
|---|---|---|
| 212.608.1900 | | 212.719.4775 |

April 20, 2015

**BY ECF AND U.S. MAIL**

Honorable William H. Pauley III
United States District Court Judge
500 Pearl Street, Room 2210
New York, New York 10007-1312

Re:   *In Re: Platinum and Palladium Commodities Litig.,* 10-cv-3617 (WHP) (S.D.N.Y.)

Dear Judge Pauley:

As an attorney for the Futures Plaintiffs ("Plaintiffs"), I am respectfully submitting this letter in order to report to the Court that the supplemental notice to the Affected Large Traders required by the Revised Scheduling Order entered by the Court on April 13, 2015 [Dkt. No. 301, ¶3] has been completed.

Plaintiffs are filing concurrently herewith a declaration from the Court-appointed Settlement Administrator (A.B. Data, Ltd.) that (1) details the additional notice sent to the Class as set forth in Section II of Plaintiffs' letter to the Court dated April 10, 2015 [Dkt. No. 300, p. 2]; and (2) details compliance with the supplemental notice to the Affected Large Traders required by the Revised Scheduling Order. *See* Declaration of Eric J. Miller of A.B. Data, Ltd. Regarding Notice and Claims Administration dated April 20, 2015 ("Miller Declaration").

As set forth in the Miller Declaration, the Settlement Administrator promptly posted the Revised Scheduling Order on the official Settlement website on April 14, 2015 (*i.e.*, one day after the Revised Scheduling Order was entered by the Court).  Miller Declaration, ¶23.  Also as set forth in the Miller Declaration, mail notice of the Revised Scheduling Order to the Affected Large Traders was completed by April 17, 2015.  *Id.*, ¶22.

Thank you very much.

Respectfully submitted,
*/s/ Christopher Lovell*
Christopher Lovell

Enclosure

cc:   Counsel of Record (by ECF)