UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In Re: Platinum And Palladium Commodities Litigation*

This Document Relates To:

Platinum/Palladium Futures Action

MASTER FILE
No. 10 Civ. 3617 (WHP)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/15
```



### [PROPOSED] ORDER FOR DEPOSIT IN INTEREST-BEARING ACCOUNT

Pursuant to (a) the Final Order and Judgment dated February 27, 2015 approving the Futures Plaintiffs' ("Plaintiffs") settlement with Defendant MF Global, Inc. ("MF Settlement") [Dkt. No. 294], (b) Section 3(a) of the MF Settlement [Dkt. No. 231-1], and (c) Plaintiffs' letter to the Court dated June 9, 2015, and incorporating by reference the definitions in the MF Settlement;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Pursuant to and in accordance with Local Civil Rule 67.1, the Clerk of the Court is instructed to invest the sum of thirteen million eight hundred seventy-seven thousand six hundred forty-two dollars and eighty-six cents ($13,877,642.86) into an interest bearing Court Registry Investment System ("CRIS") account established for the above captioned Futures Action and specifically the MF Settlement. The foregoing funds shall be paid by the Trustee for the liquidation of MF Global, Inc. within ten (10) calendar days after entry of this Order. These funds shall only be withdrawn from such interest-bearing CRIS account pursuant to written order of this Court and in accordance with the terms of the MF Settlement.

2. Pursuant to Local Civil Rule 67.1, the Clerk of the Court is instructed to deduct, from any income earned on the foregoing investment, a fee equal to ten percent (10%) of any

income earned, but not to exceed the fee authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office.

**IT IS SO ORDERED.**

Signed this 17 day of June, 2015, at the Courthouse for the United States District Court for the Southern District of New York.

_____
The Honorable William H. Pauley, III
United States District Court Judge