UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In Re: Platinum And Palladium Commodities Litigation*

This Document Relates To:

Platinum/Palladium Physical Action

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/15

MASTER FILE
No. 10 Civ. 3617 (WHP)

### [Proposed] Order Disbursing Interest

Pursuant to (a) the Final Order and Judgment dated February 27, 2015 approving the Physical Plaintiffs' ("Plaintiffs") settlement with the Moore Defendants and Defendant Joseph Welsh ("Moore Settlement") (Dkt. No. 295), (b) Section 3(a) of the Moore Settlement (Dkt. No. 168-1), and (c) Plaintiffs' letter to the Court dated June 9, 2015, and incorporating by reference the definitions in the Moore Settlement;

**It Is Hereby Ordered, Adjudged, And Decreed:**



1.  The Clerk of Court is instructed to refund to the Moore Defendants the amount of $259.47, as interest accrued, between July 25, 2014 and February 24, 2015, on $4,587,500 of the $9,175,000 previously deposited by the Moore Defendants into an interest-bearing Court Registry Investment System account for the Physical Action pursuant to paragraph 28 of this Court's Order dated July 15, 2014. (Dkt. No. 213, ¶ 28.) This amount includes a 10% fee deducted by the Clerk of the Court pursuant to Local Civil Rule 67.1, and such amount is agreed upon by counsel for the Moore Defendants and Class Counsel.

**It Is So Ordered.**

Signed this 17 day of June         , 2015, at the Courthouse for the United States District Court for the Southern District of New York.

*[signature]*

The Honorable William H. Pauley, III
United States District Court Judge

2