

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

Vilia B. Hayes
Direct Dial: 212-837-6839
Direct Fax: 212-299-6839
hayes@hugheshubbard.com

June 26, 2015

**VIA ELECTRONIC MAIL AND ECF**

Honorable William H. Pauley III
United States District Judge
United States Courthouse
500 Pearl Street, Room 2210
New York, NY 10007

Re:   *In Re: Platinum & Palladium Commodities Litig.*, Master File No. 10 Civ. 3617

Dear Judge Pauley:

      I write on behalf of James W. Giddens, trustee (the "Trustee") for the liquidation of MF Global Inc. ("MFGI"), regarding deposits into the interest bearing Court Registry Investment System ("CRIS") accounts established for the above captioned Futures Action and Physicals Action.

      Pursuant to the enclosed Court's Orders, dated June 17, 2015 [ECF Nos. 306 and 308], the Trustee has sent two checks for deposit into the CRIS accounts for the respective Futures Action and Physicals Action as follows:

- A check for $13,877,642.86 for the Futures Action
- A check for $1,715,214.28 for the Physicals Action

      Copies of the letters delivered to the Finance Office of this Court as well as receipts therefrom, are included for reference.

Very truly yours,

*Vilia B. Hayes*

```
Court Name: District Court
Division: 1
Receipt Number: 465401129057
Cashier ID: EWilliam
Transaction Date: 06/26/2015
Payer Name: PLATINUM PALLADIUM FUTURE
---------------------------------------
TREASURY REGISTRY
 For: PLATINUM PALLADIUM FUTURE
 Case/Party: D-NYS-1-10-CV-003617-002
 Amount:        $13,877,642.86
---------------------------------------
CHECK
 Check/Money Order Num: MO
 Amt Tendered:  $13,877,642.86
---------------------------------------
Total Due:      $13,877,642.86
Total Tendered: $13,877,642.86
Change Amt:     $0.00
```

```
Court Name: District Court
Division: 1
Receipt Number: 465401129058
Cashier ID: EWilliam
Transaction Date: 06/26/2015
Payer Name: PLATINUM PALLADIUM PHYS ACT
---------------------------------------
TREASURY REGISTRY
 For: PLATINUM PALLADIUM PHYS ACT
 Case/Party: D-NYS-1-10-CV-003617-001
 Amount:        $1,715,214.28
---------------------------------------
CHECK
 Check/Money Order Num: MO
 Amt Tendered:  $1,715,214.28
---------------------------------------
Total Due:      $1,715,214.28
Total Tendered: $1,715,214.28
Change Amt:     $0.00
```



Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

Vilia B. Hayes
Direct Dial: 212-837-6839
Direct Fax: 212-299-6839
hayes@hugheshubbard.com

June 26, 2015

**BY HAND DELIVERY**

Dianna Gustaferri
Finance Office
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:   *In Re: Platinum & Palladium Commodities Litig.*, Master File No. 10 Civ. 3617

Dear Ms. Gustaferri:

    I write on behalf of James W. Giddens, trustee (the "Trustee") for the liquidation of MF Global Inc. ("MFGI"), regarding a deposit into the interest bearing Court Registry Investment System ("CRIS") account established for the above captioned Futures Action.

    Pursuant to the enclosed Court's Order in the "Futures Action", dated June 17, 2015 [ECF No.306], the Trustee hereby encloses for deposit into the CRIS account a check totaling $13,877,642.86. This amount is equal to the sum of the first and second interim distribution payments for the Futures Bankruptcy Claim, numbered 5450, filed in the MFGI SIPA liquidation proceeding.

    Your attention to this matter is greatly appreciated. Please do not hesitate to contact me if you have any questions.

Very truly yours,

*Vilia B. Hayes*

New York ▪ Washington, D.C. ▪ Los Angeles ▪ Miami ▪ Jersey City ▪ Kansas City ▪ Paris ▪ Tokyo

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Platinum And Palladium Commodities
Litigation

This Document Relates To:

Platinum/Palladium Futures Action

MASTER FILE
No. 10 Civ. 3617 (WHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/17/15



[PROPOSED] ORDER FOR DEPOSIT IN INTEREST-BEARING ACCOUNT

Pursuant to (a) the Final Order and Judgment dated February 27, 2015 approving the Futures Plaintiffs' ("Plaintiffs") settlement with Defendant MF Global, Inc. ("MF Settlement") [Dkt. No. 294], (b) Section 3(a) of the MF Settlement [Dkt. No. 231-1], and (c) Plaintiffs' letter to the Court dated June 9, 2015, and incorporating by reference the definitions in the MF Settlement;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Pursuant to and in accordance with Local Civil Rule 67.1, the Clerk of the Court is instructed to invest the sum of thirteen million eight hundred seventy-seven thousand six hundred forty-two dollars and eighty-six cents ($13,877,642.86) into an interest bearing Court Registry Investment System ("CRIS") account established for the above captioned Futures Action and specifically the MF Settlement. The foregoing funds shall be paid by the Trustee for the liquidation of MF Global, Inc. within ten (10) calendar days after entry of this Order. These funds shall only be withdrawn from such interest-bearing CRIS account pursuant to written order of this Court and in accordance with the terms of the MF Settlement.

2. Pursuant to Local Civil Rule 67.1, the Clerk of the Court is instructed to deduct, from any income earned on the foregoing investment, a fee equal to ten percent (10%) of any

income earned, but not to exceed the fee authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office.

**IT IS SO ORDERED.**

Signed this 17 day of June, 2015, at the Courthouse for the United States District Court for the Southern District of New York.

                                                  The Honorable William H. Pauley, III
                                                  United States District Court Judge

```
                       6711967001                                              DATE
                        JAMESWGIDDENS-MFG HOUSE FUNDS                         6/25/15
                       PAYMENT PER REQUEST
                       CLERK OF COURT, SDNY


                                                                              AMOUNT
                                                                          13,877,642.86


           CLERK OF COURT, SDNY
           UNITED STATES DISTRICT COURT
           SDNY, 500 PEARL STREET
           NEW YORK, NY 10007
           UNITED STATES
```

**PLEASE DETACH BEFORE PRESENTING FOR PAYMENT**





Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

Vilia B. Hayes
Direct Dial: 212-837-6839
Direct Fax: 212-299-6839
hayes@hugheshubbard.com

June 26, 2015

**BY HAND DELIVERY**

Dianna Gustaferri
Finance Office
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:   *In Re: Platinum & Palladium Commodities Litig.*, Master File No. 10 Civ. 3617

Dear Ms. Gustaferri:

    I write on behalf of James W. Giddens, trustee (the "Trustee") for the liquidation of MF Global Inc. ("MFGI"), regarding a deposit into the interest bearing Court Registry Investment System ("CRIS") account established for the above captioned Physicals Action.

    Pursuant to the enclosed Court's Order in the "Physicals Action", dated June 17, 2015 [ECF No. 308], the Trustee hereby encloses for deposit into the CRIS account a check totaling $1,715,214.28. This amount is equal to the sum of the first and second interim distribution payments for the Physicals Bankruptcy Claim, numbered 50344, filed in the MFGI SIPA liquidation proceeding.

    Your attention to this matter is greatly appreciated. Please do not hesitate to contact me if you have any questions.

Very truly yours,

*Vilia B. Hayes*

New York  ▪  Washington, D.C.  ▪  Los Angeles  ▪  Miami  ▪  Jersey City  ▪  Kansas City  ▪  Paris  ▪  Tokyo

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Platinum And Palladium Commodities Litigation

This Document Relates To:

Platinum/Palladium Physical Action

MASTER FILE
No. 10 Civ. 3617 (WHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/17/15

### [Proposed] Order For Deposit In Interest-Bearing Account

Pursuant to (a) the Final Order and Judgment dated February 27, 2015 approving the Physical Plaintiffs' ("Plaintiffs") settlement with Defendant MF Global, Inc. ("MF Global Settlement") (Dkt. No. 296), (b) Section 3(a) of the MF Global Settlement (Dkt. No. 237-2), and (c) Plaintiffs' letter to the Court dated June 9, 2015, and incorporating by reference the definitions in the MF Global Settlement;



**It Is Hereby Ordered, Adjudged And Decreed:**

1. Pursuant to and in accordance with Local Civil Rule 67.1, the Clerk of the Court is instructed to invest the sum of one million seven hundred fifteen thousand two hundred fourteen dollars and twenty-eight cents ($1,715,214.28) into an interest-bearing Court Registry Investment System ("CRIS") account established for the above captioned Physical Action and specifically the MF Global Settlement. The foregoing funds shall be paid by the Trustee for the liquidation of MF Global, Inc. within ten (10) calendar days after entry of this Order. These funds shall only be withdrawn from such interest-bearing CRIS account pursuant to written order of this Court and in accordance with the terms of the MF Global Settlement.

2. Pursuant to Local Civil Rule 67.1, the Clerk of the Court is instructed to deduct, from any income earned on the foregoing investment, a fee equal to ten percent (10%) of any

income earned, but not to exceed the fee authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office.

**It Is So Ordered.**

Signed this 17 day of June, 2015, at the Courthouse for the United States District Court for the Southern District of New York.

The Honorable William H. Pauley, III
United States District Court Judge

2

```
                        6711967001                                      DATE
                         JAMESWGIDDENS-MFG HOUSE FUNDS                  6/25/15
                        PAYMENT PER REQUEST
                        CLERK OF COURT, SDNY


                                                                        AMOUNT
                                                                     1,715,214.28



                        CLERK OF COURT, SDNY
                        UNITED STATES DISTRICT COURT
                        SDNY, 500 PEARL STREET
                        NEW YORK, NY 10007
                        UNITED STATES
```

**PLEASE DETACH BEFORE PRESENTING FOR PAYMENT**

