# LOVELL STEWART HALEBIAN JACOBSON LLP

61 Broadway, Suite 501
New York, New York 10006
www.lshllp.com

| Telephone | | Facsimile |
|---|---|---|
| 212.608.1900 | | 212.719.4775 |

July 6, 2015

**BY ECF AND HAND DELIVERY**

Honorable William H. Pauley III
United States District Court Judge
500 Pearl Street, Room 2210
New York, New York 10007-1312

Re:   *In Re: Platinum and Palladium Commodities Litig.,* 10-cv-3617 (WHP) (S.D.N.Y.)

Dear Judge Pauley:

     As an attorney for the Futures Plaintiffs ("Plaintiffs"), I am respectfully submitting this status report regarding the current size of the common funds created as a result of Plaintiffs' settlements with: (1) the Moore Defendants and Defendant Joseph Welsh ("Moore Settlement") [Dkt. No. 163-1]; and (2) Defendant MF Global, Inc. ("MF Settlement") [Dkt. No. 230-1].

     **Moore Settlement**. The Moore Defendants have paid a total of $48,400,000 into the Court registry and the escrow account at Huntington National Bank. Dkt. No. 214, p. 2. Additionally, MF Global Holdings Ltd. paid $800,000 into the Court registry in connection with the Moore Settlement. Dkt. No. 248. Further, the Moore Defendants were reimbursed $50,000. Dkt. No. 294, ¶22. Thus, the net common fund in respect of the Moore Settlement is $49,150,000 plus interest.[1]

     **MF Settlement**. So far, the Trustee for the estate of MF Global, Inc. has paid $13,877,642.86 into the registry of the Court. Dkt. No. 310. Plaintiffs have a remaining amount owed on their allowed unsecured general creditor claim against the estate of MF Global, Inc. of $4,875,928.57. Dkt. 304, p. 2. It is unknown whether further distributions by the Trustee will amount to 100 cents on the dollar of such claim and when the next distribution will occur. Additionally, MFG Assurance Limited paid a total of $4,672,500 into the registry of the Court and the escrow account at Huntington National Bank. Dkt. No. 249, p 2. Thus, so far, the common fund in respect of the MF Settlement is $18,550,142.86 plus interest.

     Accordingly, the total amount of the common funds received so far as a result of the two settlements is $67,700,142.86 plus interest. Further monies are expected to be received in respect of Plaintiffs' remaining $4,875,928.57 claim against the estate of MF Global, Inc. However, the amount and timing of those distributions is not known at this time.

---

[1] The Moore Defendants were refunded interest in the amount of $1,364.50, which was earned on certain funds the Moore Defendants previously deposited into the Court registry. Dkt. No. 307.

Page 2 of 2
Honorable William H. Pauley III
July 6, 2015

  As always, Plaintiffs are available to answer any questions the Court may have.  Thank you very much.

              Respectfully submitted,
              */s/ Christopher Lovell*
              Christopher Lovell

cc:  Counsel of Record (by ECF)