

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

September 22, 2015

**VIA ELECTRONIC MAIL AND ECF**

Honorable William H. Pauley III
United States District Judge
United States Courthouse
500 Pearl Street, Room 2210
New York, NY 10007

Re:   *In Re: Platinum & Palladium Commodities Litig.*, Master File No. 10 Civ. 3617

Dear Judge Pauley:

I write on behalf of James W. Giddens, trustee (the "Trustee") for the liquidation of MF Global Inc. ("MFGI"), regarding deposits into the interest bearing Court Registry Investment System ("CRIS") accounts established for the above captioned Futures Action and Physicals Action.

Pursuant to the enclosed Court's Orders, dated September 15, 2015 [ECF Nos. 317 and 318], the Trustee has sent two checks for deposit into the CRIS accounts for the respective Futures Action and Physicals Action as follows:

- A check for $3,938,250.00 for the Futures Action

- A check for $486,750.00 for the Physicals Action

Copies of the letters delivered to the Finance Office of this Court as well as receipts therefrom, are included for reference.

Very truly yours,

Dustin P. Smith

```
Court Name: District Court
Division: 1
Receipt Number: 465401134868
Cashier ID: Clapsley
Transaction Date: 09/22/2015
Payer Name: HUGHES HUBBARD
-------------------------------------
TREASURY REGISTRY
 For: MF GLOBAL INC.
 Case/Party: D-NYS-1-10-CV-003617-001
 Amount:         $3,938,250.00
-------------------------------------
CHECK
 Check/Money Order Num: 30
 Amt Tendered:   $3,938,250.00
-------------------------------------
Total Due:       $3,938,250.00
Total Tendered:  $3,938,250.00
Change Amt:      $0.00

INTEREST BEARING ACCOUNT
```

```
Court Name: District Court
Division: 1
Receipt Number: 465401134869
Cashier ID: Nmorales
Transaction Date: 09/22/2015
Payer Name: HUGES AND HUBBARD
-------------------------------------
TREASURY REGISTRY
 For: MF GLOBAL INC
 Case/Party: D-NYS-1-15-CV-003617-001
 Amount:         $486,750.00
-------------------------------------
CHECK
 Check/Money Order Num: 2431
 Amt Tendered:   $486,750.00
-------------------------------------
Total Due:       $486,750.00
Total Tendered:  $486,750.00
Change Amt:      $0.00

INTEREST BEARING ACCOUNT
```



Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

September 22, 2015

**BY HAND DELIVERY**

Dianna Gustaferri
Finance Office
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *In Re: Platinum & Palladium Commodities Litig.*, Master File No. 10 Civ. 3617

Dear Ms. Gustaferri:

I write on behalf of James W. Giddens, trustee (the "Trustee") for the liquidation of MF Global Inc. ("MFGI"), regarding a deposit into the interest bearing Court Registry Investment System ("CRIS") account established for the above captioned Futures Action.

Pursuant to the enclosed Court's Order in the "Futures Action", dated September 15, 2015 [ECF No.317], the Trustee hereby encloses for deposit into the CRIS account a check totaling $3,938,250.00. This amount is the final distribution payment for the Futures Bankruptcy Claim, numbered 5450, filed in the MFGI SIPA liquidation proceeding.

Your attention to this matter is greatly appreciated. Please do not hesitate to contact me if you have any questions.

Very truly yours,

Dustin P. Smith

New York   ■   Washington, D.C.   ■   Los Angeles   ■   Miami   ■   Jersey City   ■   Paris   ■   Tokyo

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

*In Re: Platinum And Palladium Commodities Litigation*

This Document Relates To:

Platinum/Palladium Futures Action

MASTER FILE
No. 10 Civ. 3617 (WHP)

---

### [PROPOSED] ORDER FOR DEPOSIT IN INTEREST-BEARING ACCOUNT

Pursuant to (a) the Final Order and Judgment dated February 27, 2015 approving the Futures Plaintiffs' ("Plaintiffs'") settlement with Defendant MF Global, Inc. ("MF Settlement") [Dkt. No. 294], (b) Section 3(a) of the MF Settlement [Dkt. No. 231-1], and (c) Plaintiffs' letter to the Court dated September 9, 2015, and incorporating by reference the definitions in the MF Settlement;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. Pursuant to and in accordance with Local Civil Rule 67.1, the Clerk of the Court is instructed to invest the sum of three million nine hundred thirty-eight thousand two hundred and fifty dollars ($3,938,250) into an interest bearing Court Registry Investment System ("CRIS") account established for the above captioned Futures Action and specifically the MF Settlement. The foregoing funds shall be paid by the Trustee for the liquidation of MF Global, Inc. within ten (10) calendar days after entry of this Order. These funds shall only be withdrawn from such interest-bearing CRIS account pursuant to written order of this Court and in accordance with the terms of the MF Settlement.

2. Pursuant to Local Civil Rule 67.1, the Clerk of the Court is instructed to deduct, from any income earned on the foregoing investment, a fee equal to ten percent (10%) of any

income earned, but not to exceed the fee authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office.

**IT IS SO ORDERED.**

Signed this 15 day of September, 2015, at the Courthouse for the United States District Court for the Southern District of New York.

 _____
 The Honorable William H. Pauley, III
 United States District Court Judge

```
            6711967001                                    DATE
            JAMESWGIDDENS-MFG HOUSE FUNDS               9/21/15
            PAYMENT PER REQUEST
            CLERK OF COURT, SDNY


                                                         AMOUNT
                                                      3,938,250.00
```

RK OF COURT, SDNY
TED STATES DISTRICT COURT
7, 500 PEARL STREET
YORK, NT 10007
TED STATES

**PLEASE DETACH BEFORE PRESENTING FOR PAYMENT**





Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

September 22, 2015

**BY HAND DELIVERY**

Dianna Gustaferri
Finance Office
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *In Re: Platinum & Palladium Commodities Litig.*, Master File No. 10 Civ. 3617

Dear Ms. Gustaferri:

    I write on behalf of James W. Giddens, trustee (the "Trustee") for the liquidation of MF Global Inc. ("MFGI"), regarding a deposit into the interest bearing Court Registry Investment System ("CRIS") account established for the above captioned Physicals Action.

    Pursuant to the enclosed Court's Order in the "Physicals Action", dated September 15, 2015 [ECF No. 318], the Trustee hereby encloses for deposit into the CRIS account a check totaling $486,750.00. This amount is the final distribution payment for the Physicals Bankruptcy Claim, numbered 50344, filed in the MFGI SIPA liquidation proceeding.

    Your attention to this matter is greatly appreciated. Please do not hesitate to contact me if you have any questions.

Very truly yours,

Dustin P. Smith

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/15/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In Re: Platinum And Palladium Commodities Litigation*

This Document Relates To:

Platinum/Palladium Physical Action

MASTER FILE
No. 10 Civ. 3617 (WHP)

**[~~Proposed~~] Order For Deposit In Interest-Bearing Account**

Pursuant to (a) the Final Order and Judgment dated February 27, 2015 approving the Physical Plaintiffs' ("Plaintiffs") settlement with Defendant MF Global, Inc. ("MF Global Settlement") (Dkt. No. 296), (b) Section 3(a) of the MF Global Settlement (Dkt. No. 237-2), and (c) Plaintiffs' letter to the Court dated September 11, 2015, and incorporating by reference the definitions in the MF Global Settlement;

**It Is Hereby Ordered, Adjudged And Decreed:**

1. Pursuant to and in accordance with Local Civil Rule 67.1, the Clerk of the Court is instructed to invest the sum of four hundred eighty-six thousand seven hundred fifty dollars and twenty-eight cents ($486,750.00) into an interest-bearing Court Registry Investment System ("CRIS") account established for the above captioned Physical Action and specifically the MF Global Settlement. The foregoing funds shall be paid by the Trustee for the liquidation of MF Global, Inc. within ten (10) calendar days after entry of this Order. These funds shall only be withdrawn from such interest-bearing CRIS account pursuant to written order of this Court and in accordance with the terms of the MF Global Settlement.

2. Pursuant to Local Civil Rule 67.1, the Clerk of the Court is instructed to deduct, from any income earned on the foregoing investment, a fee equal to ten percent (10%) of any

income earned, but not to exceed the fee authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office.

**It Is So Ordered.**

Signed this 18 day of September, 2015, at the Courthouse for the United States District Court for the Southern District of New York.

The Honorable William H. Pauley, III
United States District Court Judge

```
                        6711967001                                      DATE
                         JAMESWGIDDENS-MFG HOUSE FUNDS                9/21/15
                        PAYMENT PER REQUEST
                        CLERK OF COURT, SDNY



                                                                      AMOUNT
                                                                   486,750.00
```

RK OF COURT, SDNY
TED STATES DISTRICT COURT
Z, 500 PEARL STREET
YORK, NT 10007
TED STATES

**PLEASE DETACH BEFORE PRESENTING FOR PAYMENT**



CHECK WILL NOT BE CASHED IF THE FACE OF THIS DOCUMENT APPEARS TO BE ALTERED IN ANY WAY.

Bank, N.A.                                   16-49/1220     DATE        CHECK NUMBER          UB
IEGO, CA, 92186-5602
                    PAY ONLY  486750 00                    9/21/15         3412431
                              FOUR EIGHT SIX SEVEN FIVE ZERO CTS CTS

FG HOUSE FUNDS                                                      AMOUNT
EST
DNY                                                             *$486,750.00

D EIGHTY-SIX THOUSAND SEVEN HUNDRED FIFTY DOLLARS AND ZERO CENTS **********

                                                           VOID AFTER 90 DAYS

RK OF COURT, SDNY
TED STATES DISTRICT COURT
Z, 500 PEARL STREET
YORK, NT 10007                                              [signature] Cheryl Spurgin
TED STATES                                                  Authorized Signature

T HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

2431⑊  ⑉1220004961⑊  020500000 3⑊