UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/15

| | |
|---|---|
| *In Re: Platinum And Palladium Commodities Litigation*<br><br>This Document Relates To:<br><br>Platinum/Palladium Futures Action | MASTER FILE<br>No. 10 Civ. 3617 (WHP) |

**SO ORDERED:**

_____
WILLIAM H. PAULEY III U.S.D.J.  11/20/15

## [PROPOSED] ORDER DISBURSING ATTORNEYS' FEES
## TO CLASS COUNSEL FOR THE FUTURES CLASS

WHEREAS, on February 27, 2015 the Court entered a Final Order and Judgment approving the Futures Plaintiffs' ("Plaintiffs") settlement with the Moore Defendants and Defendant Joseph Welsh ("Moore Settlement") [Dkt. No. 293];

WHEREAS, on February 27, 2015 the Court entered a Final Order and Judgment approving the Futures Plaintiffs' settlement with Defendant MF Global, Inc. ("MF Settlement"); [Dkt. No. 294];

WHEREAS, on July 7, 2015 the Court issued a Memorandum & Order that awarded attorneys' fees to Lovell Stewart Halebian Jacobson LLP ("Lovell Stewart") and certain other counsel for the Futures Plaintiffs in the amount of 22.5% of the common funds created as a result of the Moore Settlement and the MF Settlement [Dkt. No. 312, p. 9];

WHEREAS, on July 13, 2015, the Court entered an Order disbursing certain attorneys' fees and expenses to Lovell Stewart [Dkt. No. 314];

WHEREAS, at the time the Court's July 13, 2015 Order was entered, the Futures Plaintiffs had not received a final distribution in connection with their remaining $4,875,928.57 unsecured general creditor claim against the estate of MF Global, Inc. [*id.*];

WHEREAS, the Court's July 13, 2015 Order provided that Lovell Stewart shall be entitled to a further disbursement of attorneys' fees in the amount of 22.5% of any monies received in respect of such remaining $4,875,928.57 claim against the estate of MF Global, Inc., but not to exceed a total of $1,079,967.86 [*id.*, ¶4].

WHEREAS, on August 19, 2015, the Trustee for the estate of MF Global, Inc. received Bankruptcy Court approval for a final distribution to unsecured general creditors [Dkt. No. 315, p. 1];

WHEREAS, on September 22, 2015, the Trustee for the estate of MF Global, Inc.—pursuant to this Court's order dated September 15, 2015 [Dkt. No. 317]—deposited a check in the amount of $3,938,250.00 into the Court Registry Investment System ("CRIS") account established for the Futures Action as a final distribution in respect of Plaintiffs' remaining $4,875,928.57 claim against the estate of MF Global, Inc. [Dkt. No. 319]; and

WHEREAS, by letter dated November 16, 2015, Lovell Stewart has requested disbursement of attorneys' fees in the amount of $886,106.25 (*i.e.*, 22.5% of $3,938,250.00).

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The Clerk of the Court is directed to disburse funds to Lovell Stewart in a total amount of $886,106.25 from the Court Registry Investment System ("CRIS") account previously established for the Futures Action and specifically the common fund associated with the MF Settlement.[1] The foregoing disbursement shall be by check payable to Lovell Stewart Halebian Jacobson LLP.

2. Lovell Stewart, as Court-appointed sole lead counsel for the Futures Class, shall be responsible for allocating and distributing the attorneys' fees among Futures Class Counsel.

---

[1] The Futures Action is separate and distinct from the Physical Action.

**IT IS SO ORDERED.**

Signed this _____ day of _____, 2015, at the Courthouse for the United States District Court for the Southern District of New York.

_____
The Honorable William H. Pauley III
United States District Court Judge