

4400 NE 77th Ave., Suite 275
Vancouver, WA 98662
(888) 933-5770
(360) 818-9320

June 28, 2019

VIA ECF AND FIRST CLASS MAIL

Hon. William H. Pauley III
United States District Court Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007-1312

Re:   Second Amended Distribution Orders, *In Re: Platinum and Palladium Commodities Litig.*, 10-cv-3617 (WHP) (S.D.N.Y.), Physical Class

Dear Judge Pauley:

Counsel for the Physical Plaintiffs hereby submit [Proposed] Second Amended distribution orders for the Moore Settlement and for the MF Global Settlement. (ECF Nos. 390, 391). Before filing, the [Proposed] Second Amended distribution orders were reviewed and approved by the Finance Manager for the Southern District of New York.

The Second Amended orders were prepared to address several matters. First, the Second Amended orders provide for an exact pro-rata interest income distribution between the settlements (minus the 10% administrative fee) as requested by the Finance Manager. Next, the Second Amended orders contain both principal and updated and current accrued interest disbursement calculations, to be used by the Settlement Administrator. Finally, the Second Amended orders resolve an error by Lead Counsel concerning the proper accounting and allocation of MF Global deposits, which was first discovered, and thereafter resolved, with the Finance Manager. Taken together, these revisions result in increased NAP-calculated distributions to Physical Settlement Class Members, from 88% to 95%.

Finally, the Second Amended orders (i) eliminate the sixty-day waiting period that was present in prior orders, and as before, (ii) request disbursement via overnight Federal Express to the Settlement Administrator because wire transfer is unavailable.

Accordingly, Physical Plaintiffs hereby request disbursement of settlement monies in accordance with the Second Amended distribution orders. The principal and interest disbursements requested in these orders have been checked, and checked again, with the Finance Manager and with the Settlement Administrator. Lead Counsel thanks the Court for its patience in reviewing these orders for a third time.

Respectfully submitted,

/s/   John Lowther

John Lowther, Esq.
*Lead Counsel for Physical Plaintiffs*

cc:   Counsel of Record (by ECF)
    Ms. Joey Roldan, Finance Manager, S.D.N.Y. (via email)