UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re: Platinum And Palladium Commodities Litigation*<br><br>This Document Relates To:<br><br>Platinum/Palladium Physical Action | Master File No. 10 Civ. 3617 (WHP)<br><br>~~[Proposed]~~ Order Granting Physical Plaintiffs' Motion for Order To Distribute Remainder Of Settlement Funds (MF Global and Moore Settlements)<br><br>Hon. William H. Pauley III |

WHEREAS, the Court previously granted the Second Amended Orders Granting Physical Plaintiffs' Motions For Order To Distribute Settlement Funds from the MF Global Settlement and from the Moore Settlement (ECF Nos. 393, 394);

WHEREAS, the Court-appointed Settlement Administrator, A.B. Data, issued payments in accordance with the Second Amended Orders Granting Physical Plaintiffs' Motions For Order To Distribute Settlement Funds;

WHEREAS, following the authorized distributions, there remains a balance of $223,395.69;

WHEREAS, the Settlement Administrator seeks to make a final distribution of remaining Settlement Funds in compliance with the Court's Second Amended Orders Granting Physical Plaintiffs' Motions For Order To Distribute Settlement Funds, after which the balance of Settlement Funds will be $0;

WHEREAS, the Settlement Administrator's declaration, letter brief from Physical Lead Counsel, and the proposed final distribution Order have been posted on the official website for the MF Global Settlement and the Moore Settlement;

WHEREAS, the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises and good cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The Court approves the request of Court-appointed Settlement Administrator A.B. Data to transmit the remaining balance of $223,395.69 in Settlement Funds to Eligible Class Member Corning, in compliance with the Court's Second Amended Orders Granting Physical Plaintiffs' Motions For Order To Distribute Settlement Funds (ECF Nos. 393 at ¶ 9, 394 at ¶ 10).

2. A.B. Data and Physicals Lead Counsel are directed to execute this Order To Distribute Remainder Of Settlement Funds from the MF Global and Moore Settlements, and shall not be liable to Class Members for any reason in executing and complying with this Order To Distribute Remainder Of Settlement Funds from the Settlements.

**IT IS SO ORDERED**.

DATED: April 15, 2020

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.